MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
TWITTER, INC. and X CORP.

[*additional counsel on next page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-03007-VC<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

1  SHANNON LISS-RIORDAN (SBN 310719)
   (sliss@llrlaw.com)
2  THOMAS FOWLER (*pro hac vice* forthcoming)
   (tfowler@llrlaw.com)
3  LICHTEN & LISS-RIORDAN, P.C.
   729 Boylston Street, Suite 2000
4  Boston, MA 02116
   Telephone:   (617) 994-5800
5  Facsimile:   (617) 994-5801

6  Attorneys for Plaintiff
   MARK SCHOBINGER,
7  on behalf of himself and all others similarly situated

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Local Rule 6-1(a), Plaintiff Mark Schobinger ("Plaintiff") and Defendants Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on June 20, 2023, Plaintiff filed a Class Action Complaint and Jury Demand (the "Complaint") against Defendants (ECF No. 1).

WHEREAS, Plaintiff served Defendants with the Complaint on June 26, 2023 (ECF Nos. 6 and 7).

WHEREAS, Defendants' current deadline to respond to the Complaint under Federal Rule of Civil Procedure 15(a)(3) is July 18, 2023.

WHEREAS, the Parties have conferred and agreed to extend Defendants' deadline to respond to the Complaint until August 4, 2023.

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, the Parties stipulate that Twitter's deadline to respond to the Complaint will be August 4, 2023.

IT IS SO STIPULATED.

Dated: July 14, 2023                                MORGAN, LEWIS & BOCKIUS LLP


                                                    By  /s/ Eric Meckley
                                                        Eric Meckley
                                                        Brian D. Berry
                                                        Ashlee N. Cherry
                                                        Kassia Stephenson
                                                        Attorneys for Defendants
                                                        TWITTER, INC. and X CORP.

DB2/ 46223597.1

1  Dated: July 14, 2023                              LICHTEN & LISS-RIORDAN, P.C.

                                                     By   */s/ Shannon Liss-Riordan*
                                                          Shannon Liss-Riordan
                                                          Thomas Fowler
                                                          Attorneys for Plaintiff
                                                          MARK SCHOBINGER, on behalf of
                                                          himself and all others similarly situated

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: July 14, 2023                                 MORGAN, LEWIS & BOCKIUS LLP

                                                     By   */s/ Eric Meckley*
                                                          Eric Meckley
                                                          Brian D. Berry
                                                          Ashlee N. Cherry
                                                          Kassia Stephenson
                                                          Attorneys for Defendants
                                                          TWITTER, INC. and X CORP.

**[PROPOSED] ORDER**

Having considered the Parties' Stipulation to Extend Deadline to Respond to Complaint, and good cause appearing, it is hereby ORDERED that:

Defendants time to respond to Plaintiff Mark Schobinger's Complaint shall be extended through and including August 4, 2023.

**IT IS SO ORDERED**.

Dated: _____

Honorable Vince Chhabria
United States District Judge