MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendants
TWITTER, INC. and X CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-03007-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:     September 21, 2023<br>Time:    10:00 a.m.<br>Judge:   Hon. Vince Chhabria |

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

[PROPOSED] ORDER GRANTING
DEFENDANT TWITTER, INC.'S MOTION
Case No. 3:23-CV-03007-VC

## [PROPOSED] ORDER

The Motion to Dismiss Plaintiff's Complaint filed by Defendant X Corp. as successor in interest to Defendant Twitter, Inc. (collectively, "Twitter") came on for hearing on September 21, 2023, the Honorable Vince Chhabria presiding.  The Parties were represented by their respective counsel of record.  This Court, having considered the briefing and arguments submitted by the parties, and good cause appearing therefore, hereby **GRANTS** Twitter's Motion to Dismiss Plaintiff's Complaint.  Plaintiff's Complaint is dismissed in its entirety.

**THEREFORE, IT IS ORDERED** as follows:

1. Plaintiff's first cause of action for breach of contract is dismissed, without leave to amend.

2. Plaintiff's second cause of action for promissory estoppel is dismissed, without leave to amend.

**IT IS SO ORDERED**.

Dated: _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE