SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH
(*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)

ERIC MECKLEY (SBN 168181)
(eric.meckley@morganlewis.com)
BRIAN D. BERRY (SBN 229893)
(brian.berry@morganlewis.com)
KASSIA STEPHENSON (SBN 336175)
(kassia.stephenson@morganlewis.cm)

LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801

MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:     (415) 442-1000
Fax:           (415) 442-1001

*Attorneys for Plaintiff John Zeman, on behalf of himself and all others similarly situated*

*Attorneys for Defendants Twitter, Inc. and X Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-03007-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND PROPOSED REVISED BRIEFING SCHEDULE** |

WHEREAS, on August 4, 2023, Defendants Twitter, Inc. and X Corp. (collectively referred to as "Twitter") filed a Motion to Dismiss Plaintiff's Complaint (Dkt. 16).

WHEREAS, Plaintiff filed his opposition to the motion on August 18, 2023 (Dkt. 18).

WHEREAS, while Plaintiff's opposition brief complied with the page limit provided by Northern District Civil Local Rule 7-4(b) (which allows a 25-page brief), the opposition brief exceeded the page limit allowed by this Court's Civil Standing Order, paragraph 35 (which allows a 15-page brief).

WHEREAS, Defendants' reply is currently due on August 25, 2023, and the motion is currently set for hearing on September 21, 2023.

WHEREAS, Plaintiff's lead counsel has a trial scheduled to begin on October 16, 2023.

WHEREAS, the Parties have conferred regarding Plaintiff's oversized opposition brief and agreed that Plaintiff will voluntarily withdraw his oversized brief and file an opposition that complies with this Court's Civil Standing Order and that the replying briefing deadline and hearing dates shall be adjusted, including to accommodate the Court's and counsel's schedules.

NOW THEREFORE, the Parties hereby stipulate to Plaintiff's voluntary withdrawal of his opposition brief, and the following amended briefing schedule and hearing date, subject to the Court's approval:

- Plaintiff's page-limit compliant opposition to Twitter's motion shall be submitted on or before August 29, 2023.
- Twitter's reply to Plaintiff's' opposition shall be submitted on or before September 6, 2023.
- The hearing is rescheduled to take place on October 5, 2023, or any later date beginning in November 2023 that is convenient for the Court.

Dated: August 22, 2023

Respectfully submitted,

MARK SCHOBINGER, on behalf of himself and all others similarly situated,

By his attorneys,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com; bmanewith@llrlaw.com

*Attorneys for Plaintiff*

Dated: August 22, 2023

TWITTER, INC., AND X CORP.

By its attorneys,

/s/ Eric Meckley
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Kassia Stephenson, SBN 336175
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Email: eric.meckley@morganlewis.com
brian.berry@morganlewis.com
kassia.stephenson@morganlewis.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendants via the CM/ECF system on August 22, 2023.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

**[~~PROPOSED~~] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders the following briefing schedule on Defendant's motion to dismiss:

- Plaintiff's opposition to Defendants' motion to dismiss (Dkt. 18) is withdrawn.
- Plaintiff's page-limit compliant opposition to Defendants' motion shall be submitted on or before August 29, 2023.
- Defendants' reply to Plaintiff's opposition shall be submitted on or before September 6, 2023.

The hearing date on Defendants' motion currently scheduled for September 21, 2023 at 10:00 am shall be rescheduled to take place on  October 5, 2023 , at  10:00 AM

Dated:  August 23, 2023

_____
Hon. Vince Chhabria
District Court Judge