SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH
(*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)

LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiff Mark Schobinger,
on behalf of himself and all others
similarly situated*

ERIC MECKLEY (SBN 168181)
(eric.meckley@morganlewis.com)
BRIAN D. BERRY (SBN 229893)
(brian.berry@morganlewis.com)
KASSIA STEPHENSON (SBN 336175)
(kassia.stephenson@morganlewis.cm)

MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:    (415) 442-1000
Fax:          (415) 442-1001

*Attorneys for Defendant X Corp. as
Successor in Interest to Twitter, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK SCHOBINGER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., and X CORP.<br><br>Defendants. | Case No. 3:23-cv-03007-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-2, Plaintiff Mark Schobinger ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiff and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, there is currently a case management status conference scheduled to take place on September 22, 2023 at 10:00 a.m.

WHEREAS, Defendant has filed a motion to dismiss the complaint that is currently set for hearing on October 5, 2023 at 10:00 a.m.

WHEREAS, the Parties have met and conferred and believe that it would be more efficient and productive to address case management conference issues and scheduling after the Court has ruled on the motion to dismiss.

WHEREAS, the Parties request that the case management conference and accompanying joint case management statement filing deadline be rescheduled to a date after the hearing on the motion to dismiss.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

The case management conference is hereby rescheduled to take place on October 27, 2023, or any later date convenient for the Court.

The Parties' joint case management statement shall be due one week in advance of the rescheduled case management conference date.

        MARK SCHOBINGER, on behalf of himself and all others similarly situated,

        By his attorneys,

        */s/ Shannon Liss-Riordan*
        Shannon Liss-Riordan, SBN 310719
        Bradley Manewith (*pro hac vice* forthcoming)

|   |   |
|---|---|
| 1 | LICHTEN & LISS-RIORDAN, P.C. |
| 2 | 729 Boylston Street, Suite 2000 |
|   | Boston, MA 02116 |
| 3 | (617) 994-5800 |
|   | Email: sliss@llrlaw.com; bmanewith@llrlaw.com |
| 4 | *Attorneys for Plaintiff* |

X CORP. AS SUCCESSOR IN INTEREST TO TWITTER, INC.

By its attorneys,

*/s/ Eric Meckley*
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Kassia Stephenson, SBN 336175
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Email: eric.meckley@morganlewis.com;
brian.berry@morganlewis.com;
kassia.stephenson@morganlewis.com
*Attorneys for Defendants*

Dated:        September 8, 2023

3
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that the case management conference currently scheduled to take place on September 22, 2023, at 10:00 a.m. is rescheduled to take place on _____, at 10:00 a.m.  The Parties' joint case management statement shall be due one week in advance of the case management conference date.

Dated: _____          _____
                                                                                                Honorable Vince Chhabria
                                                                                                District Court Judge