SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

Attorneys for Plaintiff
MARK SCHOBINGER

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
X CORP. AS SUCCESSOR IN
INTEREST TO TWITTER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TWITTER, INC. and X CORP.,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-03007-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION** |

Pursuant to Civil Local Rule 6-2, Plaintiff Mark Schobinger ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiff and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on August 24, 2023, the Court in the matter entitled *Eitan Adler v. Twitter, Inc. and X Corp.*, Case No. 3:23-cv-01788-JD (N.D. Cal.) ordered the parties to mediate the plaintiff's claims, and the parties have scheduled such mediation to take place on December 1–2, 2023;

WHEREAS, counsel for the Parties have conferred and agreed that the interests of preserving judicial economy and the Parties' collective time and resources would be best served by including the pending Action within the scope of mediation ordered by the federal court in *Adler*;

WHEREAS, in service of judicial economy counsel for the Parties have conferred and agreed to request a temporary stay of this Action, including all currently pending deadlines, briefing schedules, court conferences, motion hearings and Court decisions through January 2, 2024, given that mediation will occur in December;

WHEREAS, the Parties have conferred and specifically request that the Court defer ruling on Defendant's pending Motion to Dismiss the Complaint (the "Motion to Dismiss") until January 2, 2024 or later and that the Case Management Conference currently scheduled for November 3, 2023 be continued to a date after January 2, 2024 or later.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

1. This Action shall be stayed through January 2, 2024;

2. All pending pre-trial and discovery-related deadlines shall be continued to after January 2, 2024;

3. The hearing on the Motion to Dismiss, which is currently set for October 5, 2023, shall be continued to a date on or after January 2, 2024;

4. The Initial Case Management Conference, which is currently set for November 3, 2023, shall be continued to a date on or after January 2, 2024; and

5. The Parties shall report to the Court the status of settlement discussions by January 2, 2024, and indicate their position as to whether the stay should be continued or lifted.

IT IS SO STIPULATED.

Respectfully submitted,
MARK SCHOBINGER

By his attorneys,

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
email:  sliss@llrlaw.com; bmanewith@llrlaw.com


Respectfully submitted,
X CORP. as successor in interest to
TWITTER, INC.

By their attorneys,

/s/ *Eric Meckley*
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Ashlee N. Cherry, SBN 312731
Kassia Stephenson, SBN 336175
MORGAN, LEWIS, & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
email: eric.meckley@morganlewis.com;
email: brian.berry@morganlewis.com

Dated:          September 19, 2023

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that, to allow the Parties to mediate the claims in this Action:

1. This Action is hereby stayed through January 2, 2024.

2. All pending pre-trial and discovery-related deadlines shall be continued to dates after January 2, 2024.

3. The Parties shall submit a joint status report no later than January 2, 2024 regarding the status of settlement discussions, indicate their position as to whether the stay should be continued or lifted, and provide proposed hearing dates for Defendant's Motion to Dismiss and the Initial Case Management Conference.

Dated: _____    _____
                                             Honorable Vince Chhabria
                                             District Court Judge