SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

*ATTORNEYS FOR PLAINTIFF MARK SCHOBINGER, on behalf of himself and all others similarly situated*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants | CASE NO. 3:23-cv-03007-VC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR VIA ZOOM ON MOTION TO DISMISS**<br><br>Date: December 14, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. Vince Chhabria |

Plaintiff Mark Schobinger hereby respectfully moves that the motion hearing currently schedule for December 14, 2023, at 10:00 AM take place via Zoom rather than in-person. Attorney Shannon Liss-Riordan, who is lead counsel for Plaintiff in this matter, is based in Boston. She also has an in-person argument scheduled the next day, December 15, 2023, in the D.C. Court of Appeals. It will thus be very difficult for her to appear in person in this matter on December 14, 2023.[1]

Plaintiff has conferred with opposing counsel for Twitter, whose counsel has stated that Twitter takes no position on this request.

Respectfully submitted,

MARK SCHOBINGER,
on behalf of himself and all
others similarly situated,

By his attorneys,

 /s/ Shannon Liss-Riordan

Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com; bmanewith@llrlaw.com

---

[1] Plaintiff's counsel inquired with the clerk whether this hearing could be moved to tomorrow, December 7, 2023, when she will be in San Francisco for an argument in another matter. The clerk responded that that would not be possible. Given travel schedules and the upcoming holidays, the next Thursday that counsel could appear in person in San Francisco would be in January.

## **[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT the parties shall appear for a Zoom videoconference with the Court on Thursday, December 14, 2023, at 1:00 p.m. The Court will email the parties directly with further instructions for accessing the videoconference.

IT IS SO ORDERED.

Dated: _____    _____
HON. VINCE CHHABRIA
JUDGE OF THE UNITED STATES
DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by electronic filing on December 6, 2023, on all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Shannon Liss-Riordan_
　　　　　　　　　　　　　　　　　　　　　　　Shannon Liss-Riordan, Esq.