Reset Form

CAND Pay.gov Application for Refund (rev. 2/2023)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT**:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | Adele Doyle | 7. **Your Phone Number:** | (415) 442-1528 |
| 2. **Your Email Address: *** | adele.doyle@morganlewis.com | 8. **Full Case Number (if applicable):** | 3:23-cv-03007-VC |
| 3. **Receipt Agency Tracking ID:*** | ACANDC-18960393 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☑ Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 12/20/2023 | | |
| 5. **Transaction Time:*** | 5:52 pm | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 32.00 | | |

**10. Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

I mistakenly requested the audio recording of a hearing. I didn't complete the filing of the request but I did enter the credit card information and I believe the credit card was charged.

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | **APPROVED**<br>By Ana Banares at 3:05 pm, Dec 28, 2023 |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: 27AML3O8 | Agency refund tracking ID number: ACANDC-18960393 |
| Date refund processed: 01/04/2024 | Refund processed by: *[signature]* |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |