SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiff Mark Schobinger, on behalf of himself and all others similarly situated*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants | CASE NO. 3:23-cv-03007-VC<br><br>**NOTICE OF FILING AMENDED COMPLAINT**<br><br>Judge: Hon. Vince Chhabria |

Pursuant to the Court's Order dated December 22, 2023 (Dkt. 16 at p. 3), Plaintiff hereby files contemporaneous to this Notice, his Amended Complaint. A copy of the Amended Complaint with red-lined changes is attached hereto as Exhibit A.

Dated: January 12, 2024

Respectfully submitted,

MARK SCHOBINGER, on behalf of himself and all others similarly situated,

By their attorneys,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
sliss@llrlaw.com
bmanewith@llrlaw.com

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that on January 12, 2024, the foregoing document was filed via the Court's CM/ECF system which makes service on all counsel of record.

Date: January 12, 2024

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan