SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiffs Mark Schobinger,
on behalf of himself and all others
similarly situated*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>TWITTER, INC. AND X CORP.,<br><br>        Defendants. | Case No. 3:23-cv-03007-VC<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to N.D. Cal. Civil Local Rule 3-15 and Fed. R. Civ. P. 7.1(a), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff Mark Schobinger, and all others similarly situated who are members of the putative class asserted in this matter.

2. Defendants Twitter, Inc. and X Corp.

                    Respectfully submitted,

                    MARK SCHOBINGER, on behalf of himself and all others similarly situated,

                    By their attorneys,

                    /s/ Shannon Liss-Riordan
                    Shannon Liss-Riordan, SBN 310719
                    Bradley Manewith (*pro hac vice* forthcoming)
                    LICHTEN & LISS-RIORDAN, P.C.
                    729 Boylston Street, Suite 2000
                    Boston, MA 02116
                    (617) 994-5800
                    Email:  sliss@llrlaw.com; bmanewith@llrlaw.com

Dated:            January 23, 2024

## CERTIFICATE OF SERVICE

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendants Twitter, Inc. and X Corp. via the CM/ECF system on January 23, 2024.

                                  /s/ Shannon Liss-Riordan
                                  Shannon Liss-Riordan