AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Mark Schobinger, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-03007-VC |
| Twitter, Inc. & X Corp. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Ned Segal.

Date: 04/05/2024

s/ Jaime A. Bartlett
*Attorney's signature*

Jaime A. Bartlett (SBN 251825)
*Printed name and bar number*

SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
*Address*

jbartlett@sidley.com
*E-mail address*

(415) 772-1200
*Telephone number*

(415) 772-7400
*FAX number*