AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Mark Schobinger, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:23-cv-03007-VC |
| Twitter, Inc. & X Corp. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Ned Segal.

Date: 04/05/2024

s/ Chaddy Georges
*Attorney's signature*

Chaddy Georges (335546)
*Printed name and bar number*

SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104

*Address*

cgeorges@sidley.com
*E-mail address*

(415) 772-1200
*Telephone number*

(415) 772-7400
*FAX number*