May 15, 2024

**VIA ECF FILING**

Chief Magistrate Judge Donna M. Ryu
United States District Court
Oakland Courthouse, Courtroom 4 – 3rd Floor
1301 Clay Street
Oakland, California  94612

      Re:   *Schobinger v. Twitter, Inc., et al.*, Case No. 3:23-cv-03007-VC (DMR)

Dear Judge Ryu:

      In response to the Court's May 13, 2024 Order, Plaintiff Mark Schobinger, Defendant X Corp. (as a successor in interest to Twitter, Inc.) (hereinafter "Twitter"), and third-party witness Ned Segal submit this supplemental discovery letter.  The parties conferred by email and are not aware of any changes in the facts and/or the parties' positions since the filing of their April 5, 2024 joint discovery letter.  The parties will be prepared to address the Court at the May 23, 2024 hearing on these disputes.

| **Lichten & Liss-Riordan, P.C.** | **Morgan, Lewis & Bockius LLP** | **Sidley Austin LLP** |
|---|---|---|
| */s/ Shannon Liss-Riordan* | */s/ Eric Meckley* | */s/ Jaime Bartlett* |
| Shannon Liss-Riordan | Eric Meckley 168181 | Jaime Bartlett 251825<br>Sheila Armbrust 265998 |
| *Counsel for Plaintiff* | *Counsel for Defendant* | *Counsel for Mr. Segal* |