SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:    (617) 994-5801

Attorneys for Plaintiff
MARK SCHOBINGER

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendant
X CORP. AS SUCCESSOR IN
INTEREST TO TWITTER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>TWITTER, INC. and X CORP.,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-03007-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Pursuant to Civil Local Rule 6-2, Plaintiff Mark Schobinger ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiff and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on January 26, 2024, the Court issued a Minute Order following the Initial Case Management Conference that set a briefing schedule and hearing date for Plaintiff's motion for class certification (ECF No. 48);

WHEREAS, the current case schedule sets the following deadlines for the Motion for Class Certification: the deadline to file the motion is May 24, 2024, the deadline for the opposition is June 21, 2024, and the deadline for the reply is July 12, 2024, and a hearing is scheduled for August 15, 2024;

WHEREAS, both Plaintiff and Defendants subpoenaed a third-party witness Ned Segal, Twitter's former Chief Financial Officer, for deposition;

WHEREAS, Mr. Segal's counsel raised issues regarding his deposition and refused to appear despite the Parties' respective subpoenas, which resulted in the Parties, along with counsel for Ned Segal, on April 8, 2024, filing a joint discovery letter brief with Magistrate Judge Ryu per the Court's requirements;

WHEREAS, the Magistrate Judge set the hearing regarding Mr. Segal's deposition for May 23, 2024;

WHEREAS, the Parties both sought Mr. Segal's deposition testimony in connection with the Motion for Class Certification;

WHEREAS, in addition, the Parties have been meeting and conferring regarding the deposition of Plaintiff, who resides in Texas and has not yet been deposed;

WHEREAS, Defendants seek Plaintiff's deposition testimony in connection with their Opposition to the Motion for Class Certification;

WHEREAS, given these discovery disputes, the Parties have conferred and request that the Court modify the briefing schedule for the Motion for Class Certification to allow sufficient

time to complete the depositions of Plaintiff, Mr. Segal, and the Rule 30(b)(6) deposition of Defendant.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

1. Plaintiff's deadline to file a Motion for Class Certification shall be July 23, 2024.

2. Defendants' opposition shall be due by August 20, 2024.

3. Plaintiff's reply brief shall be due by September 6, 2024.

4. The hearing on Plaintiff's Motion for Class Certification shall be September 19, 2024.

IT IS SO STIPULATED.

          MARK SCHOBINGER

          By his attorneys,

          /s/ *Shannon Liss-Riordan*
          Shannon Liss-Riordan, SBN 310719
          Bradley Manewith (*pro hac vice* forthcoming)
          LICHTEN & LISS-RIORDAN, P.C.
          729 Boylston Street, Suite 2000
          Boston, MA 02116
          (617) 994-5800
          email:  sliss@llrlaw.com; bmanewith@llrlaw.com

          X CORP. as successor in interest to
          TWITTER, INC.

          By their attorneys,

          /s/ *Eric Meckley*
          Eric Meckley, SBN 168181
          MORGAN, LEWIS, & BOCKIUS LLP
          One Market, Spear Street Tower
          San Francisco, CA 94105
          (415) 442-1000
          email: eric.meckley@morganlewis.com

Dated:     May 23, 2024

## [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that, the deadlines associated with the Motion for Class Certification shall be modified as follows:

1. Plaintiff's deadline to file a Motion for Class Certification shall be July 23, 2024.
2. Defendants' opposition shall be due by August 20, 2024.
3. Plaintiff's reply brief shall be due by September 6, 2024.
4. The hearing on Plaintiff's Motion for Class Certification shall be September 19, 2024.

Dated: _____   _____
Honorable Vince Chhabria
District Court Judge