# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 5/23/2024 | **Time:** 1:05-1:25 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 3:23-cv-03007-VC | **Case Name:** Mark Schobinger v. Twitter, Inc., et al | |

**For Plaintiff:**
Shannon Liss-Riordan

**For Defendants:**
Erik Meckley

**Third Party Ned Segal:**
Sheila A.G. Armbrust

**Deputy Clerk:** Ivy Lerma Garcia         **Recorded in Zoom:** 1:05-1:25

## PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

1. Joint Discovery Letter Briefs [Docket No. 53 and 57] – held

   For the reasons stated at the hearing, the court issued the following order on the parties' joint discovery letters [Docket Nos. 53, 57] regarding the deposition of third party Ned Segal:

   **Scope**: Counsel shall meet and confer to identify topics that are outside the scope of the deposition.

   **Document Production**: 48 hours in advance of Segal's deposition, Twitter shall produce to Segal all documents already produced in the *Schobinger* action that Segal authored, that he was sent or cc'd on, or that reflect presentations he gave to Twitter employees. The parties may question Segal about documents beyond this produced set.

   **Use of Testimony in *Agrawal***: If a dispute develops between Twitter and Segal about whether Segal's Rule 45 testimony in *Schobinger* can be used in Segal's case against Twitter (*Agrawal et al. v. Musk et al.*, 3:24-cv-01304-MMC (N.D. Cal.)), they shall raise the dispute in that case.

**Order to be prepared by:**
( )   Plaintiff              ( )   Defendant              ( )   Court

cc: Chambers