Shannon Liss-Riordan (SBN 310719)
*sliss@llrlaw.com*
Bradley Manewith (*pro hac vice* forthcoming)
*bmanewith@llrlaw.com*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

Adam Rose (SBN 210880)
adam@starrlaw.com
LAW OFFICE OF ROBERT STARR
23901 Calabasas Rd, Suite 2072
Calabasas, CA 91302
Tel: (818) 225-9040

*Attorneys for Plaintiff Mark Schobinger,*
*on behalf of himself and all others similarly situated*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-03007-VC<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Hon. Vince Chhabria |

1
NOTICE OF APPEARANCE
Case No. 3:23-cv-03007-VC

## NOTICE OF APPEARANCE

Please enter the appearance of Adam Rose as counsel for Plaintiff Mark Schobinger, and all others similarly situated in the above-captioned matter.

Dated: June 19, 2024          Respectfully submitted,

MARK SCHOBINGER, on behalf of himself and all others similarly situated,

By his attorneys,

 /s/ Adam Rose
Adam Rose (SBN 210880)
*adam@starrlaw.com*
LAW OFFICE OF ROBERT STARR
23901 Calabasas Rd, Suite 2072
Calabasas, CA 91302
Tel: (818) 225-9040

Shannon Liss-Riordan (SBN 310719)
*sliss@llrlaw.com*
Bradley Manewith (*pro hac vice* forthcoming)
*bmanewith@llrlaw.com*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

## **CERTIFICATE OF SERVICE**

I, Adam Rose, hereby certify that a true and accurate copy of this document was served on counsel for Defendants Twitter, Inc. and X Corp. via the CM/ECF system on June 19, 2024.

 /s/ Adam Rose
Adam Rose