SHANNON LISS-RIORDAN, Bar No. 310719
sliss@llrlaw.com
BRADLEY MANEWITH (admitted *pro hac vice*)
bmanewith@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

Attorneys for Plaintiff
MARK SCHOBINGER

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
X CORP. AS SUCCESSOR IN
INTEREST TO TWITTER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-03007-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER MODIFY BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION** |

Pursuant to Civil Local Rule 6-2, Plaintiff Mark Schobinger ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiff and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on January 26, 2024, the Court issued a Minute Order following the Initial Case Management Conference that set a briefing schedule and hearing date for Plaintiff's motion for class certification (ECF No. 48);

WHEREAS, Plaintiff's Amended Complaint alleges that Twitter's former Chief Financial Officer, Ned Segal, made promises regarding the payment of bonuses to Twitter employees that are central to Plaintiff's claims (ECF 43, ¶¶ 3, 21);

WHEREAS, on March 22, 2024, Defendant served on subpoena compelling Mr. Segal to appear for deposition on April 4, 2024;

WHEREAS, Mr. Segal is a third-party and represented by separate counsel at Sidley Austin, who raised issues regarding his deposition and refused to appear despite the subpoena, which resulted in the Parties, along with counsel for Ned Segal, on April 8, 2024, filing a joint discovery letter brief with Magistrate Judge Ryu per the Court's requirements (ECF 53);

WHEREAS, on May 23, 2024, the Parties filed a stipulation to modify the briefing schedule on Plaintiff's Motion for Class Certification (ECF 58);

WHEREAS, the Magistrate Judge held a hearing on May 23, 2024, after which she issued a minute order addressing the Parties' disputes (ECF 59);

WHEREAS, on May 24, 2024, the Court entered an Order setting the briefing schedule on Plaintiff's Motion for Class Certification with the following deadlines: motion filed July 23, 2024; opposition filed August 20, 2024; reply filed September 6, 2023; and hearing date September 19, 2024 (ECF 60);

WHEREAS, on June 7, 2024, the Parties and Mr. Segal's counsel agreed to schedule his deposition to occur in person in San Francisco on August 7, 2024;

WHEREAS, on July 10, 2024, the counsel for the Parties agreed to reschedule a pending

arbitration hearing in another matter to take place on the date that Mr. Segal had been scheduled to be deposed (August 7, 2024), due to the unexpected need to reschedule the arbitration hearing (as a result of the arbitrator contracting COVID and having only limited available dates for continuing the hearing; and directing the Parties to reschedule other matters as needed so as to accommodate the new hearing dates);

WHEREAS, on July 11, 2024, Plaintiff's counsel notified counsel for Defendant and counsel for Mr. Segal that she could not proceed with Mr. Segal's deposition on August 7, 2024;

WHEREAS, the Parties met and conferred further, and agreed that Mr. Segal could be deposed on September 5, 2024 (the only other date that his counsel represented that he could be available), but subject to the class certification briefing being briefly postponed to accommodate the rescheduled deposition date (allowing Defendant to file its opposition after Mr. Segal's deposition);

WHEREAS, Defendant has acted diligently in seeking Mr. Segal's deposition (*i.e.*, subpoenaing him to appear on April 4, 2024) and contends that it would be unduly and unfairly prejudiced if denied the opportunity to depose Mr. Segal at least one full week prior to the deadline to file Defendant's opposition to Plaintiff's motion for class certification;

WHEREAS, the Parties have conferred and request that the Court further modify the briefing schedule for the Motion for Class Certification to allow sufficient time to complete the deposition of Mr. Segal prior to the deadline for Defendant to file its opposition to the motion for class certification.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

1. Plaintiff's deadline to file a Motion for Class Certification shall be due by August 23, 2024.

2. Defendants' opposition shall be due by September 16, 2024.

3. Plaintiff's reply brief shall be due by September 23, 2024.

4. The hearing on Plaintiff's Motion for Class Certification shall be set for October 3, 2024 or another later date convenient for the Court.

**IT IS SO STIPULATED.**

MARK SCHOBINGER

By his attorneys,

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (admitted *pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
email:  sliss@llrlaw.com; bmanewith@llrlaw.com


X CORP. as successor in interest to TWITTER, INC.

By their attorneys,

/s/ *Eric Meckley*
Eric Meckley, SBN 168181
MORGAN, LEWIS, & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
email: eric.meckley@morganlewis.com

Dated:      July 18, 2024

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that, the deadlines associated with the Motion for Class Certification shall be modified as follows:

1. Plaintiff's deadline to file a Motion for Class Certification shall be due by August 23, 2024.

2. Defendants' opposition shall be due by September 16, 2024.

3. Plaintiff's reply brief shall be due by September 23, 2024.

4. The hearing on Plaintiff's Motion for Class Certification shall be _____.

Dated: _____          _____
                                        Honorable Vince Chhabria
                                        District Court Judge