# EXHIBIT 1

(Plaintiff's Offer Letter)