# EXHIBIT 2

(Excerpts from Transcript of Arbitration Proceeding in *Niemack v. Twitter*, JAMS Ref. No. 1601002285)