# EXHIBIT 3

(Twitter Acquisition FAQs)