# EXHIBIT 4

(Twitter Merger Agreement)