# EXHIBIT 5

(Excerpts from the Deposition of Elon Musk)