# EXHIBIT 6

(Edgett Email dated 7/14/2022)