# EXHIBIT 7

(Segal Email dated 8/19/2022)