# EXHIBIT 8

(Excerpts from the Deposition of Mark Schobinger)