# EXHIBIT 9

(Email from Birchall to Cheung dated 3/17/2023)