# EXHIBIT 10

(Severance Matrix)