# EXHIBIT 11

(Master Roster Dashboard for Workday on
3/3/2023)