# EXHIBIT 12

(Emails from Batura to Musk dated 5/15/2023)