# Exhibit 23

MARCH 26, 2024

# AMERICA'S TOP 200 LAWYERS

EDITED BY LIANE JACKSON

MARCH 26, 2024, 10:00 AM

T he U.S. legal services market is a massive and growing sector—a more than $300 billion industry. But you can't have legal services without lawyers. And for individuals, startups and big businesses seeking an attorney, it goes without saying that you need the best.

The inaugural list of America's Top 200 Lawyers highlights the finest practitioners in the profession—lawyers with stellar track records in their specialties, those who have broken barriers to emerge as leaders in their fields, and attorneys most respected by peers and clients.

The elite lawyers on this list were selected through a rigorous, multi-stage process of researching, evaluating and rating thousands of candidates, conducted by an editorial team with broad experience in law practice and the legal marketplace.

The result is a collection of top lawyers involved in the most consequential cases, deals or legal trends in recent years—whether litigation, tech, transactional, intellectual property, civil rights, M&A or private equity—just to name a few. Some boast immediate name recognition; others are making their mark less publicly. But they all share reputations for integrity, records of excellence—and Forbes' recognition as the best in the business.

What follows is a power list of lawyers whose skill, passion and purpose set them apart —for when you or your business need it most.

--

As with all Forbes lists, candidates do not pay any fee to be considered or selected.



**FIRM: KAPLAN HECKER & FINK LLP**

"Becoming a great lawyer requires that you be courageous, press boundaries wherever you are, and insist that things can always change for the better."

**VIEW PROFILE** ›

Case 3:23-cv-01788-JDD Document 47-3 Top Lawyers 2024 2024 Page 4 of 7



**FIRM: SIDLEY AUSTIN LLP**

"Shaping our industry in a changing legal environment is paramount. Our business is deeply rooted in the service culture."

VIEW PROFILE ›



**FIRM: QUINN EMANUEL URQUHART & SULLIVAN LLP**

"If you want to be successful, you have to distinguish yourself in some way. You have to be out there, because you aren't going to connect to anyone staying home and watching TV. As Jay-Z said, 'Keep showing up.'"

VIEW PROFILE ›



**FIRM: BEN CRUMP LAW**

"Doing the kind of justice work I do . . . doesn't mean you have to take a vow of poverty. You can do good and still do well in life."

Case 3:23-cv-01788-JDD Document 45-13 Filed 04/08/24 Page 7 of 7

VIEW PROFILE ›

## The Full List



**PROFILE SPOTLIGHT • PROMOTED**

### Robert A. Clifford

VIEW MORE ›



**PROFILE SPOTLIGHT • PROMOTED**

### Jason Itkin

VIEW MORE ›



**PROFILE SPOTLIGHT • PROMOTED**

### Joseph I. Zumpano

VIEW MORE ›

sha 🔍    Employment Law - Plaintiff ▾

**F  FORBES PREMIUM PARTNER**

Listees do not pay a fee for placement on Forbes Rankings. Listees on this ranking highlighted in color have paid a fee for enhanced features on their corresponding profile.

| NAME | TITLE | FIRM | PRACTICE AREA | LOCATION |
|---|---|---|---|---|
| Shannon Liss-Riordan | Partner | Lichten & Liss-Riordan | Employment Law - Plaintiff | Boston, Massachusetts |