# Exhibit 24

# Benchmark US 2020 awards - New York winners announced!

27 February 2020 | by Michael Rafalowich

Tags: **Debevoise & Plimpton** **Wiggin and Dana** **Polsinelli** **Ulmer & Berne** **Kirkland & Ellis** **Blackwell Burke** **Simpson Thacher & Bartlett** **Gass Turek LLC** **Sills Cummis & Gross** **United States (National)** **Alabama** **Arkansas** **Connecticut** **District of Columbia** **Delaware** **Florida** **Iowa** **Illinois** **Indiana** **Kansas** **Kentucky** **Louisiana** **Massachusetts** **Maryland** **Maine** **Michigan** **Minnesota** **Missouri** **Mississippi** **North Carolina** **North Dakota** **New Hampshire** **New Jersey** **New York** **Ohio** **Pennsylvania** **Rhode Island** **South Carolina** **Tennessee** **Texas** **Virginia** **Vermont** **Wisconsin** **West Virginia** **Georgia (State)** **Dispute resolution**

On February 27th **Benchmark Litigation** hosted the first part of it ninth annual US awards in which it recognized the country's most distinguished litigators and their firms for their work over the past twelve months.

This year for the first time the brand is having two seperate ceremonies, one on the East coast at the **Pierre, New York** on _February 27_ and one on the West coast at **The St Regis, San Francisco** on _March 5_.

In New York the sold-out audience saw Katherine Forrest of Cravath Swaine & Moore and Ted Wells of Paul Weiss inducted into the _Benchmark Litigation Hall of Fame_. Wells also took the coveted award of "_Trial Lawyer of the Year_."

Another highlight of the evening was Simpson Thacher's Jonathan Youngwood collecting the _Pro Bono award_ for his firm for its work in the Brown v. Madison County case concerning racially motivated policing.

Firms from over half of the states plus DC were represented in the room. More firms will be attending the inaugural West Coast ceremony on March 14. Please click the link below to see the shortlist for that ceremony or email **rebecca.synnott@euromoneyny.com** for more details.

_Benchmark US Awards West Coast Ceremony shortlist_

Photographs from the New York award ceremony may be found **_HERE_**.

Congratulations to the winners, all of which are listed below:

## STATE FIRM AWARDS

**Alabama Firm of the Year**
Lightfoot Franklin & White

**Arkansas Firm of the Year**
Quattlebaum Grooms & Tull

**Connecticut Firm of the Year**
Wiggin and Dana

**Delaware Firm of the Year**
Ross Aronstam & Moritz

**District of Columbia Firm of the Year**
Williams & Connolly

**Florida Firm of the Year**
Podhurst Orseck

**Georgia Firm of the Year**
King & Spalding

**Illinois Firm of the Year**
Kirkland & Ellis

**Indiana Firm of the Year**
Faegre Baker Daniels

**Iowa Firm of the Year**
Nyemaster Goode

**Kansas Firm of the Year**
Rouse Frets Goss White Gentile & Rhodes

**Kentucky Firm of the Year**
Stites & Harbison

**Louisiana Firm of the Year**
Barrasso Usdin Kupperman Freeman & Sarver

**Maine Firm of the Year**
Preti Flaherty Beliveau & Pachios

**Maryland Firm of the Year**
Nelson Mullins Riley & Scarborough

**Massachusetts Firm of the Year**
Choate Hall & Stewart

**Michigan Firm of the Year**
Bodman

**Minnesota Firm of the Year**
Blackwell Burke

**Mississippi Firm of the Year**
Brunini Grantham Grower & Hewes

**Missouri Firm of the Year**
Polsinelli

**New Hampshire Firm of the Year**
Nixon Peabody

**New Jersey Firm of the Year**
Sills Cummis & Gross

**New York Firm of the Year**
Wachtell Lipton Rosen & Katz

**North Carolina Firm of the Year**
Smith Anderson

**North Dakota Firm of the Year**
Zuger Kirmis & Smith

**Ohio Firm of the Year**
Ulmer & Berne

**Pennsylvania Firm of the Year**
Saul Ewing Arnstein & Lehr

**Rhode Island Firm of the Year**
Adler Pollock & Sheehan

**South Carolina Firm of the Year**
Nelson Mullins Riley & Scarborough

**Tennessee Firm of the Year**
Bradley

**Texas Firm of the Year**
Gibbs & Bruns

**Vermont Firm of the Year**
Paul Frank + Collins

**Virginia Firm of the Year**
Hunton Andrews Kurth

**West Virginia Firm of the Year**
Bowles Rice

**Wisconsin Firm of the Year**
Gass Weber Mullins

# PRACTICE AREA FIRMS OF THE YEAR

**Antitrust Firm of the Year**
Winston & Strawn

**Appellate Firm of the Year**
Gibson Dunn & Crutcher

6/17/24, 11:31 PM  Benchmark US 2020 awards - New York winners announced! | Benchmark Litigation

Case 1:23-cv-00778-CJD Document 75-14 Filed 08/23/24 Page 4 of 5
Case 23-3-00788-JD Document 54-1 Filed 08/23/24 Page 4 of 5

**Bankruptcy Firm of the Year**
Proskauer

**General Commercial Firm of the Year**
Paul Weiss Rifkind Wharton & Garrison

**Insurance Firm of the Year**
Blank Rome

**Intellectual Property Firm of the Year**
Williams & Connolly

**International Arbitration Firm of the Year**
Cleary Gottlieb Steen & Hamilton

**Product Liability Firm of the Year**
Nelson Mullins Riley & Scarborough

**Securities Firm of the Year**
Simpson Thacher & Bartlett

**White Collar Crime/Enforcement/Investigations Firm of the Year**
Debevoise & Plimpton

**Boutique Firm of the Year Firm of the Year**
Kaplan Hecker & Fink

**Plaintiff Firm of the Year**
Pomerantz

**Trial Firm of the Year**
Bartlit Beck

## LABOR & EMPLOYMENT AWARDS

**Labor & Employment Management-Side Firm of the Year**
Seyfarth Shaw

**Labor & Employment Management-Side Attorney of the Year**
Elise Bloom
Proskauer

**Labor & Employment Employee-Side Firm of the Year**
Sanford Heisler & Sharp

**Labor & Employment Employee-Side Attorney of the Year**
Shannon Liss-Riordan
Lichten & Liss-Riordan

## PRACTICE AREA ATTORNEYS OF THE YEAR

**Antitrust Attorney of the Year**
Kevin Orsini
Cravath Swaine & Moore

**Appellate Attorney of the Year**
Willy Jay
Goodwin

**Bankruptcy Attorney of the Year**
Martin Bienenstock
Proskauer

**General Commercial Attorney of the Year**
Orin Snyder
Gibson Dunn & Crutcher

**Insurance Attorney of the Year**
Robert Horkovich
Anderson Kill

**Intellectual Property Attorney of the Year**
Max Tribble
Susman & Godfrey

**International Arbitration Attorney of the Year**
Michael Kim
Kobre & Kim

**Product Liability Attorney of the Year**
Allison Brown
Skadden

**Securities Attorney of the Year**
Adam Hakki
Shearman & Sterling

**White Collar Crime/Investigations/Enforcement Attorney of the Year**
Sean Hecker
Kaplan Hecker & Fink

**Plaintiff Attorney of the Year**
Bill Reid
Reid Collins & Tsai

**Trial Lawyer of the Year**
Ted Wells
Paul Weiss Rifkind Wharton & Garrison

## HALL OF FAME

**Katherine Forrest**
Cravath Swaine & Moore

**Ted Wells**
Paul Weiss Rifkind Wharton & Garrison

## IMPACT CASES

- New York v. ExxonMobil (Paul Weiss Rifkind Wharton & Garrison)
- US v. Bogucki (Kaplan Hecker & Fink)
- CNN v. Trump (Gibson Dunn & Crutcher)
- Title Source Inc. v. HouseCanary Inc. (Susman Godfrey)
- O'Connor v. Uber (Gibson Dunn & Crutcher; Lichten & Liss-Riordan)
- In re the Financial Oversight and Management Board for Puerto Rico (Proskauer)
- Boston Cab Dispatch v. Uber (Boies Schiller & Flexner)
- Brown vs. Madison County (Simpson Thacher & Bartlett)
- Fiat Chrysler settlements (Sullivan & Cromwell; Lieff Cabraser Heimann & Bernstein; and Cleary Gottlieb Steen & Hamilton)
- Sears Chapter 11 (Weil Gotshal & Manges; Cleary Gottlieb Steen & Hamilton; Paul Weiss Rifkind Wharton & Garrison; and Akin Gump Strauss Hauer & Feld)

## Pro Bono Firm of the Year

Simpson Thacher & Bartlett

Once again, we at *Benchmark Litigation* extend our congratulations to all of the evening's winners and attendees and thank our guests for their continuing support of our projects.

The new *Benchmark Litigation* research cycle is already underway. Firms can register their interest, find full timelines and a list of FAQs, and download all relevant documents **HERE**.

### Related articles

> Benchmark Litigation Asia-Pacific 2024 Rankings are now live

> Benchmark Litigation Asia-Pacific Market Trends Report 2024

> Cara Cameron joins Woods

> Q&A with Elizabeth (Liz) Stotland Weiswasser & Sutton Ansley of Weil Gotshal & Manges

> Gordon Rees adds commercial trio in Philadelphia and New York