1  Shannon Liss-Riordan (SBN 310719)
   sliss@llrlaw.com
2  Bradley Manewith (*pro hac vice*)
   bmanewith@llrlaw.com
3  LICHTEN & LISS-RIORDAN, P.C.
4  729 Boylston Street, Suite 2000
   Boston, MA 02116
5  Tel: (617) 994-5800
   Fax: (617) 994-5801
6

7  *Attorneys for Plaintiff Mark Schobinger,*
   *on behalf of himself and all others similarly situated*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-03007-VC<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Vince Chhabria |

Pursuant to Local Rule 7-11 and Standing Order 9, Plaintiff respectfully requests that this Court permit him to file exhibits 1-12 to his Motion for Class Certification under seal. Plaintiff believes that these Exhibits do not warrant protection under Rule 26(c) of the Federal Rules of Civil Procedure. However, Defendants have indicated that they believe these documents may not be publicly disclosed under the terms of a Protective Order the Parties entered into to facilitate discovery. Accordingly, until Defendants have had the opportunity to respond, and the Court has

had the opportunity to consider their arguments regarding confidentiality, Plaintiff requests that he be permitted to file the exhibits to his Motion for Class Certification under seal.

Respectfully submitted,

MARK SCHOBINGER, on behalf of himself and all others similarly situated,

By his attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan (SBN 310719)
*sliss@llrlaw.com*
Bradley Manewith (*pro hac vice*)
*bmanewith@llrlaw.com*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

Dated: August 23, 2024

### CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2024, a true and accurate copy of the foregoing document was filed via this Court's CM/ECF system, which serves a copy on all parties of record.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan