SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice*)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:  (617) 994-5800
Facsimile:  (617) 994-5801

Attorneys for Plaintiff
MARK SCHOBINGER

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendant
X CORP. AS SUCCESSOR IN
INTEREST TO TWITTER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-03007-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S ADMINISTRATIVE MOTION RE SEALING** |

Pursuant to Civil Local Rule 6-2, Plaintiff Mark Schobinger ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiff and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on Friday, August 23, 2024, Plaintiff filed a Motion for Class Certification (Dkt. 75) and an Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with his Certification Motion ("Sealing Motion") (Dkt. 76). Plaintiff did not serve the unredacted materials that he lodged conditionally under seal on that date.

WHEREAS, on Saturday, August 24, 2024, Plaintiff served copies of the unredacted versions of the materials that he lodged conditionally under seal in support of the Certification Motion; and

WHEREAS, the Parties agree that Defendant's response to the Sealing Motion is due on September 3, 2024 (i.e., seven days after Plaintiff provided Defendant with copies of the unredacted materials, advanced by one day in recognition of the Labor Day holiday that falls on the seventh day), *see* Local Rule 79-5(f)(3).

NOW, THEREFORE, the Parties hereby stipulate as follows, subject to the Court's approval: Defendant's response to Plaintiff's Sealing Motion is due September 3, 2024.

**IT IS SO STIPULATED.**

Dated:     August 27, 2024          MARK SCHOBINGER

By his attorneys,

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
email:  sliss@llrlaw.com; bmanewith@llrlaw.com

| | |
|---|---|
| Dated: August 27, 2024 | X CORP. as successor in interest to TWITTER, INC.<br><br>By their attorneys,<br><br>*/s/ Brian D. Berry*<br>Brian D. Berry, SBN 229893<br>MORGAN, LEWIS, & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>email: brian.berry@morganlewis.com |

## FILER'S ATTESTATION

I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: August 27, 2024 | */s/ Brian D. Berry*<br>Brian D. Berry |

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that Defendant's response to Plaintiff's Sealing Motion is due September 3, 2024.

Dated: _____

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE