| | |
|---|---|
| LICHTEN & LISS-RIORDAN, P.C.<br>Shannon Liss-Riordan, Bar No. 310719<br>sliss@llrlaw.com<br>Bradley Manewith (admitted *pro hac vice*)<br>bmanewith@llrlaw.com<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Tel:  +1.617.994.5800<br>Fax: +1.617.994.5801<br><br>Attorneys for Plaintiff<br>MARK SCHOBINGER, on behalf of himself<br>and all others similarly situated | MORGAN, LEWIS & BOCKIUS LLP<br>Eric Meckley, Bar No. 168181<br>eric.meckley@morganlewis.com<br>Brian D. Berry, Bar No. 229893<br>brian.berry@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1596<br>Tel:     +1.415.442.1000<br>Fax:    +1.415.442.1001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Ashlee N. Cherry, Bar No. 312731<br>ashlee.cherry@morganlewis.com<br>Kassia Stephenson, Bar No. 336175<br>kassia.stephenson@morganlewis.com<br>1400 Page Mill Road<br>Palo Alto, CA 94304<br>Tel:     +1.650.843.4000<br>Fax:    +1.650.843.4001<br><br>Attorneys for Defendant<br>X CORP. as Successor in Interest to<br>TWITTER, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>TWITTER, INC. and X CORP.,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-03007-VC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:　　September 6, 2024<br>Time:　　10:00 a.m.<br>Judge:　　Hon. Vince Chhabria |

Plaintiff MARK SCHOBINGER ("Plaintiff") and Defendant X CORP., on its own behalf and as successor in interest to TWITTER, INC. ("Defendant") (collectively, the "Parties") submit the following Joint Case Management Statement in advance of the conference scheduled for Friday, September 6, 2024.

**1.   CASE STATUS AND REQUEST FOR CONTINUANCE OF CONFERENCE**

On August 23, 2024, Plaintiff filed a motion for class certification. Defendant's opposition briefing is due on September 16, 2024, and Plaintiff's reply briefing is due on September 23, 2024. The hearing on class certification is scheduled for October 3, 2024 at 10 am.

As the Parties are currently engaged in the briefing on Plaintiff's motion, the Parties do not have any matters to address with the Court at this time and request that the Court continue the September 6 case management conference to a later date so that the Parties and the Court may address further scheduling issues following a ruling on the motion for class certification.

Dated: August 30, 2024                                   LICHTEN & LISS-RIORDAN, P.C.


By   */s/ Shannon Liss-Riordan*
       Shannon Liss-Riordan
       Bradley Manewith
       Attorneys for Plaintiff
       MARK SCHOBINGER, on behalf of
       HIMSELF AND ALL OTHERS
       SIMILARLY SITUATED

Dated: August 30, 2024                                   MORGAN, LEWIS & BOCKIUS LLP


By   */s/ Eric Meckley*
       Eric Meckley
       Brian D. Berry
       Ashlee Cherry
       Kassia Stephenson
       Attorneys for Defendant
       X CORP., as Successor in Interest to
       TWITTER, INC.

2

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:23-CV-03007-VC

DB2/ 49057512.1

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: August 30, 2024

MORGAN LEWIS & BOCKIUS LLP

By   */s/ Eric Meckley*
Eric Meckley
Brian D. Berry
Ashlee Cherry
Kassia Stephenson
Attorneys for Defendant
X CORP., as Successor in Interest to
TWITTER, INC