MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
X CORP. AS SUCCESSOR IN INTEREST TO
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-03007-VC<br><br>**DECLARATION OF WALTER GILBERT IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF WALTER GILBERT
CASE NO. 3:23-cv-03007-VC

# **DECLARATION OF WALTER GILBERT**

I, Walter Gilbert, declare as follows:

1. I am the Senior Director of Human Resources for X Corp. ("X"), the successor-in-interest to Twitter, Inc., and have held that title since April 10, 2023.

2. I have personal knowledge of the facts set forth in this declaration.

3. In my role as Senior Director of Human Resources, I oversee and am responsible for all human resources functions at X, including employees' compensation and benefits.

4. X is a private company that protects its confidential and sensitive business information, including financial information related to its labor costs and competitive information regarding business strategies and planning, from public disclosure. Given the sensitivity of its labor cost figures, X also limits internal access to this information to those executives and employees who need the information to carry out their job duties.

5. I have received and reviewed the following documents, which I understand were attached to Plaintiff Mark Schobinger's Motion for Class Certification: a document bearing Bates Numbers X-SCHOBINGER_000000067-69 with the cover page "Exhibit 6"; a document bearing Bates Numbers X-SCHOBINGER_000000074 with the cover page "Exhibit 7"; a document bearing Bates Numbers X-SCHOBINGER_000000093-94 with the cover page "Exhibit 9"; a document bearing Bates Number X_ARBS_000074908 with the cover page "Exhibit 10"; a document bearing Bates Numbers X_ARBS_000055915-18 with the cover page "Exhibit 11"; a document bearing Bates Numbers X_ARBS_000034073 with the cover page "Exhibit 12".

6. Exhibit 6 is copy of an email chain, dated July 14, 2022, involving several executives and members of Twitter's Compensation Committee. Throughout pages X-SCHOBINGER_000000067-69, the document discloses financial figures and competitively sensitive information regarding the accrual and funding of employee bonuses under Twitter's Performance Bonus Plan.

7. Exhibit 7 is copy of an email chain, dated August 19, 2022, from Twitter's former Chief Financial Officer, Ned Segal, to Twitter employees. Throughout pages X-SCHOBINGER_000000074, the document discloses confidential company financial figures and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF WALTER GILBERT
CASE NO. 3:23-cv-03007-VC

competitively sensitive information.

8. Exhibit 9 is a copy of an email chain from March and January 2023. The bottom of page X-SCHOBINGER_00000093 discloses financial figures and competitively sensitive information regarding the accrual and funding of employee bonuses under Twitter's Performance Bonus Plan.

9. Exhibit 10 is a copy of an undated document labeled "Attorney-Client Privileged + Confidential" that discloses financial figures and contains competitively sensitive information related to compensation, bonuses, continued benefits, and equity vesting.

10. Exhibit 11 is a copy of an undated document that discloses detailed headcount information after Elon Musk acquired X and took the company private.

11. Exhibit 12 is a copy of email chain from May 2023 that discloses information about investments and financial planning, headcount planning, accounts receivable, and credit facilities.

12. The financial and headcount figures contained in Exhibits 6, 7, 9, 10, 11, and 12 are confidential and non-public. Public disclosure of these figures may cause competitive harm to X, and place it at a disadvantage in the market. For example, X's competitors could use the information to ascertain the average compensation that X provides to its employees, including the salaries and commissions it offers, and the value of its equity and benefits packages, and use this information to negatively impact X, including its ability to hire and retain talent.

13. Exhibits 6, 7, 9, 10, 11, and 12 contain sensitive and non-public business information related to X's financial and strategic planning. Public disclosure of this information, too, may harm X because third-party vendors could use this information to gain an advantage in negotiating with X for services and X's competitors could use it to gain a competitive advantage on the market.

Executed on September 3, 2024, in San Francisco, California.

_____
Walter Gilbert