| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | Eric Meckley, Bar No. 168181<br>eric.meckley@morganlewis.com |
| 3 | Brian D. Berry, Bar No. 229893<br>brian.berry@morganlewis.com |
| 4 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1596 |
| 5 | Tel:  +1.415.442.1000<br>Fax:  +1.415.442.1001 |
| 6 | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | Ashlee N. Cherry, Bar No. 312731<br>ashlee.cherry@morganlewis.com |
| 8 | 1400 Page Mill Road<br>Palo Alto, CA 94304 |
| 9 | Tel:  +1.650.843.4000<br>Fax:  +1.650.843.4001 |
| 10 | MORGAN, LEWIS & BOCKIUS LLP |
| 11 | Kassia Stephenson, Bar No. 336175<br>kassia.stephenson@morganlewis.com |
| 12 | 600 Anton Blvd., Ste. 1800<br>Costa Mesa, CA 92626-7653 |
| 13 | Tel:  +1.714.830.0435<br>Fax:  +1.714.830.0700 |
| 14 | Attorneys for Defendant<br>X CORP. f/k/a TWITTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-03007-VC<br><br>**DECLARATION OF WALTER GILBERT IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date: October 3, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Vince Chhabria |

# DECLARATION OF WALTER GILBERT

I, Walter Gilbert, declare as follows:

1. I am the Senior Director of Human Resources for X Corp. ("X"), the successor-in-interest to Twitter, Inc., and have held that title since April 10, 2023.

2. I have personal knowledge of the facts set forth in this declaration.

3. In my role as Senior Director of Human Resources, I oversee and am responsible for all human resources functions at X, including employees' compensation and benefits.

4. X is a private company that protects its confidential and sensitive business information, including financial information related to its labor costs and competitive information regarding business strategies and planning, from public disclosure. Given the sensitivity of its labor cost figures, X also limits internal access to this information to those executives and employees who need the information to carry out their job duties.

5. I have received and reviewed the following documents, which I understand were attached to the Declaration of Brian D. Berry ("Berry Declaration"), which was submitted in support of X's Opposition to Plaintiff Mark Schobinger's Motion for Class Certification: a document with the cover page "Exhibit 2"; a document with the cover page "Exhibit 7" bearing Bates Numbers X-SCHOBINGER_000000074-77; a document with the cover page "Exhibit 9" bearing Bates Number X-SCHOBINGER_000000083; a document with the cover page "Exhibit 10" bearing Bates Numbers X-SCHOBINGER_000000084-87; a document with the cover page "Exhibit 12" bearing Bates Numbers X-SCHOBINGER_000000095-99; a document with the cover page "Exhibit 15" bearing Bates Number X-SCHOBINGER_000000133; a document with the cover page "Exhibit 16" bearing Bates Number X-SCHOBINGER_000000125-131; and a document with the cover page "Exhibit 17" bearing Bates Number X-SCHOBINGER_000000146-150.

6. Exhibit 2 is copy of an email chain that includes emails between Anita Butler and Ned Segal, dated August 19, 2022. At the top of page 1, Ned Segal provides his personal telephone number. At the bottom of page 1 and the top of page 2, the document discloses confidential company earnings and revenue.

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

2

DECLARATION OF WALTER GILBERT
CASE NO. 3:23-CV-03007-VC

7. Exhibit 7 is a copy of an email chain and attachment from Ned Segal to team@twitter.com, dated August 19, 2022. The middle of X-SCHOBINGER_000000074 discloses confidential financial figures regarding X's revenue and earnings.

8. Exhibit 9 is a copy of an exchange of direct messages between Katie Marcotte and Mark Schobinger on November 30, 2022. The top of X-SCHOBINGER_000000083 discloses X's confidential financial information.

9. Exhibit 10 is a copy of an email and attachment from Mark Schobinger to Brian Bjelde and Nate Everhart, dated December 1, 2022. Throughout X-SCHOBINGER_000000085-87 in the attachment are X's confidential financial figures.

10. Exhibit 12 is a copy of an email from Lindsay Chapman to Mark Schobinger, dated January 11, 2023. The top of X-SCHOBINGER_000000095 and throughout SCHOBINGER_000000096 discloses X's confidential financial information.

11. Exhibit 15 is a copy of an email from Mark Schobinger to Lindsay Chapman, dated February 23, 2023. The middle of X-SCHOBINGER_000000133 discloses confidential financial figures regarding X's revenue and earnings.

12. Exhibit 16 is a document entitled "FY22 PBP" and labeled "CONFIDENTIAL". Throughout X-SCHOBINGER_000000129-130, the document discloses confidential financial figures and competitively sensitive business information related to X's financial and strategic planning.

13. Exhibit 17 is a copy of direct messages between Staci Conti and Mark Schobinger, dated March 23, 2023. The middle of X-SCHOBINGER_000000148 discloses confidential financial figures regarding X's revenue and earnings.

14. The financial information contained in Exhibits 2, 7, 9, 10, 12, 15, 16, and 17 is confidential and non-public. Public disclosure of these figures may cause competitive harm to X, and place it at a disadvantage in the market. For example, X's competitors could use the information to ascertain the average compensation that X provides to its employees, including the salaries and commissions it offers, and use this information to negatively impact X, including its ability to hire and retain talent. Exhibits 2, 7, 9, 10, 12, 15, 16, and 17 also contain sensitive and

1  non-public business information related to X's financial and strategic planning.  Public disclosure
2  of this information, too, may harm X because, for example, third-party vendors could use this
3  information to gain an advantage in negotiating with X for services and X's competitors could use
4  it to gain a competitive advantage on the market.  The personal phone number in Exhibit 2 also
5  constitutes personal private and confidential information.

6  Executed on September 16, 2024, in San Francisco, California.

Signed by:

*Walter Gilbert*
5821F13711F04D8...

Walter Gilbert

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DECLARATION OF WALTER GILBERT
CASE NO. 3:23-CV-03007-VC