MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
600 Anton Blvd., Ste. 1800
Costa Mesa, CA 92626-7653
Tel:   +1.714.830.0435
Fax:   +1.714.830.0700

Attorneys for Defendant
X CORP. f/k/a TWITTER, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants.MUSK,<br><br>Respondents. | Case No. 3:23-cv-03007-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:   October 3, 2024<br>Time:  10:00 a.m.<br>Judge: Hon. Vince Chhabria |

**[PROPOSED] ORDER**

The Court, having considered the papers submitted by Defendant X Corp., on its own behalf and as successor-in-interest to Twitter, Inc. ("Defendant" or "X Corp."), in support of Defendant's Administrative Motion to Seal Documents Filed in Support of Defendant's Opposition to Plaintiff's Motion for Class Certification (the "Motion"), hereby **GRANTS** the Motion in its entirety.

The Court orders that portions of Exhibits 2, 7, 9, 10, 12, 15, 16, and 17 to the Declaration of Brian D. Berry ("Berry Declaration") filed in support of Defendant's Opposition to Plaintiff's Motion for Class Certification shall be sealed as follows:

| Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Third party phone number on page 1 and financial information on pages 1-2 of Exhibit 2 to the Berry Declaration. | Gilbert Declaration, ¶¶ 6, 14. | |
| Financial information on page 1 of Exhibit 7 to the Berry Declaration. | Gilbert Declaration, ¶¶ 7, 14. | |
| Financial information on page 1 of Exhibit 9 to the Berry Declaration. | Gilbert Declaration, ¶¶ 8, 14. | |
| Financial information on pages 2 to 4 of Exhibit 10 to the Berry Declaration. | Gilbert Declaration, ¶¶ 9, 14. | |
| Financial information on pages 1 to 2 of Exhibit 12 to the Berry Declaration. | Gilbert Declaration, ¶¶ 10, 14. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW

1

[PROPOSED] ORDER GRANTING ADMIN MOTION TO SEAL
CASE NO. 3:23-CV-03007-VC

| | | |
|---|---|---|
| Financial information on page 1 of Exhibit 15 to the Berry Declaration. | Gilbert Declaration, ¶¶ 11, 14. | |
| Financial information on pages 5 to 6 of Exhibit 16 to the Berry Declaration. | Gilbert Declaration, ¶¶ 12, 14. | |
| Financial information on page 3 of Exhibit 17 to the Berry Declaration. | Gilbert Declaration, ¶¶ 13, 14. | |

**IT IS SO ORDERED**.

Dated: _____

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE