MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:    +1.650.843.4000
Fax:   +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
600 Anton Blvd., Ste. 1800
Costa Mesa, CA 92626-7653
Tel:    +1.714.830.0435
Fax:   +1.714.830.0700

Attorneys for Defendant
X CORP. f/k/a TWITTER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC. and X CORP., <br><br> Defendants | Case No. 3:23-cv-01788-JD <br><br> **DECLARATION OF BRIAN D. BERRY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** <br><br> Date:    October 3, 2024 <br> Time:   10:00 a.m. <br> Judge:  Hon. Vince Chhabria |

**DECLARATION OF BRIAN D. BERRY**

I, Brian D. Berry, declare as follows:

1. I am a partner at Morgan, Lewis & Bockius LLP, attorneys of record for Defendant X Corp. ("X" or the "Company"), on its own behalf and as successor in interest to Twitter, Inc. I submit this declaration in support of Defendant's Opposition to Plaintiff's Motion for Class Certification. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would competently testify thereto.

2. The law firm of Lichten & Liss-Riordan, P.C., counsel of record for Plaintiff in this matter, represents several former X employees in civil actions, and a large number of former X employees in arbitrations, that are pending against X. My firm is counsel of record in the defense of those lawsuits and many of those arbitrations. The Parties to those civil actions and arbitrations have agreed that, for arbitrations and lawsuits in which Lichten & Liss-Riordan, P.C. is counsel of record, the discovery obtained in any arbitration or civil action may be used in other arbitrations or civil actions in which Lichten & Liss-Riordan, P.C. is counsel of record for the claimant or plaintiff.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition testimony of Ned Segal, taken September 5, 2024.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an email chain that includes emails between Anita Butler and Ned Segal, dated August 19, 2022, introduced as Exhibit 8 during the deposition of Ned Segal on September 5, 2024.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a slide deck entitled "Managers, Assemble," dated September 2022, introduced as Exhibit 23 during the deposition of Ned Segal on September 5, 2024.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition testimony of Katie Marcotte, taken August 23, 2024.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition testimony of Mark Schobinger, taken July 15, 2024 and August 2, 2024.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document entitled

1  "2022 Global Discretionary Performance Bonus," introduced as Exhibit 4 during the deposition
2  of Mark Schobinger on July 15, 2024.

3        9.      Attached hereto as **Exhibit 7** is a true and correct copy of an email from Ned Segal
4  to Team, dated August 19, 2022, introduced as Exhibit 8 during the deposition of Mark
5  Schobinger on August 2, 2024.

6        10.     Attached hereto as **Exhibit 8** is a true and correct copy of direct messages between
7  Mark Schobinger and Courtney McMillian, dated October 19, 2022, introduced as Exhibit 12
8  during the deposition of Mark Schobinger on August 2, 2024.

9        11.     Attached hereto as **Exhibit 9** is a true and correct copy of direct messages between
10 Mark Schobinger and Courtney McMillian, dated November 30, 2022, introduced as Exhibit 13
11 during the deposition of Mark Schobinger on August 2, 2024.

12       12.     Attached hereto as **Exhibit 10** is a true and correct copy of an email from Mark
13 Schobinger to Brian Bjelde and Nate Everhart, dated December 1, 2022, introduced as Exhibit 15
14 during the deposition of Mark Schobinger on August 2, 2024.

15       13.     Attached hereto as **Exhibit 11** is a true and correct copy of an email from Lindsay
16 Chapman to Mark Schobinger, dated January 6, 2023, introduced as Exhibit 16 during the
17 deposition of Mark Schobinger on August 2, 2024.

18       14.     Attached hereto as **Exhibit 12** is a true and correct copy of an email from Lindsay
19 Chapman to Mark Schobinger, dated January 11, 2023, introduced as Exhibit 17 during the
20 deposition of Mark Schobinger on August 2, 2024.

21       15.     Attached hereto as **Exhibit 13** is a true and correct copy of an email from Mark
22 Schobinger to Lauren Wegman, Yabre Kompaore, Nikki Sommer, himself, and Lindsay
23 Chapman, dated January 19, 2023, introduced as Exhibit 18 during the deposition of Mark
24 Schobinger on August 2, 2024.

25       16.     Attached hereto as **Exhibit 14** is a true and correct copy of an email from Lindsay
26 Chapman to Mark Schobinger, dated January 12, 2023, introduced as Exhibit 21 during the
27 deposition of Mark Schobinger on August 2, 2024.

28       17.     Attached hereto as **Exhibit 15** is a true and correct copy of an email from Mark

Schobinger to Lindsay Chapman, dated February 23, 2023, introduced as Exhibit 22 during the deposition of Mark Schobinger on August 2, 2024.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a document entitled "FY 22 PBP," introduced as Exhibit 23 during the deposition of Mark Schobinger on August 2, 2024.

19. Attached hereto as **Exhibit 17** is a true and correct copy of direct messages between Staci Conti and Mark Schobinger, dated March 23, 2023, introduced as Exhibit 25 during the deposition of Mark Schobinger on August 2, 2024.

Executed on September 16, 2024, in Berkeley, California.

*/s/Brian D. Berry*
Brian D. Berry

4

DECL. OF BRIAN D. BERRY ISO OPPO TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:23-CV-03007-VC