# EXHIBIT 2

| | |
|---|---|
| To: | Anita Butler[abutler@twitter.com] |
| Cc: | Dalana Brand[dbrand@twitter.com]; Jay Sullivan[jays@twitter.com] |
| From: | Ned Segal[nedsegal@twitter.com] |
| Sent: | Fri 8/19/2022 9:46:20 PM (UTC) |
| Subject: | Re: Q2 '22 Earnings Recap and link to recording |

Hi Anita, thank you for the feedback. Give me a call if you'd like I'd like to share some thoughts that may be helpful.

On Fri, Aug 19, 2022 at 1:44 PM Anita Butler <abutler@twitter.com> wrote:

> hi Ned and Dalana,
> I wanted to ping you with some feedback from my team. They were quite confused by this email because it didn't clearly state that tweeps would only be receiving 50% of their bonus. Some thought it was just 50% of the company portion, some thought it was only 50% of tweeps and were then unclear on which 50% of tweeps. The FAQ doc wasn't very clear either. Here's a question that was sent to me directly.
>
> *"Is there any insight into how these communications are being crafted in terms of the impact on team morale? I have a hard time understanding how no one could have predicted the turmoil that would be caused by Ned's email. This kind of churn makes it harder for our team's to be focused on the important work we're doing, and erodes confidence."*
>
> The confusion over what exactly the email meant caused anxiety and stress so I held a quick meeting to clarify and answer questions. I just wanted to send you both this feedback as being super clear in our comms could really help especially now when associates are already feeling quite stressed.
>
> One other question that came up was: *Did the motion to approve acquisition-related payouts to execs end up passing in light of all this news about a 50% reduction in bonuses?* I expect other associates are also thinking about this and would love a response I can share with my team.
>
> Thanks so much,
> Anita
>
> On Fri, Aug 19, 2022 at 9:44 AM Ned Segal <nedsegal@twitter.com> wrote:
>
>> Team,
>> Due to deal-related matters, we did not yet have a complete answer in July around PBP accrual, but we are now able to provide more clarity. As a reminder, the bonus pool is calculated based on our performance against annual, Board-approved revenue and profitability goals, and is intended to ensure that employees are rewarded based on Twitter's performance. **Based on our Q2 performance, the 2022 total bonus pool is now tracking to 50%.**
>> Since the Board approved our 2022 Performance Bonus Plan in January, we have experienced significant challenges to our revenue—some specific to Twitter and the pending acquisition, and some tied to our industry and the broader global economy. We have adjusted quickly to address these challenges - reducing expense growth by limiting our hiring, re-evaluating our real estate footprint to better reflect the current environment, and appropriately reducing 2022 expenses related to contractor, marketing, infrastructure, and other items. Unfortunately, this is not enough to offset the challenges we have experienced to revenue. We have put together this FAQ to answer additional questions you might have.
>> I'm sure this is frustrating to read on many levels. I want to thank you for your focus as we move through this together, as our work has never been more important (or more challenging!). Many of you are going to extraordinary efforts to navigate this environment, and we are excited about the future of our business.
>> Ned
>
> On Fri, Jul 22, 2022 at 11:56 AM Ned Segal <nedsegal@twitter.com> wrote:
>
>> Team,
>> Thank you to everyone who joined us today for our Q2 2022 Earnings all hands.
>> If you weren't able to join, we recorded it for you and captured the highlights below:
>>
>> • Average mDAU was ▓▓▓ ▓▓▓ and ▓▓▓ year over year, driven by ongoing product improvements

Deft EXHIBIT 8
WITNESS: Segal
DATE: 9-5-24
Anrae Wimberley, CSR 7778

and global conversation around current events.
  - US mDAU grew ▮▮ and ▮▮ year over year!
- Q2 revenue was ▮▮▮▮ (excluding MoPub and CrossInstall).
  - Ads revenue grew ▮▮ or ▮▮ on a constant currency basis.
- Q2 adjusted EBITDA was ▮▮▮▮ margin.

- We do not have an update on PBP accrual right now due to the ongoing acquisition; we know this visibility is important to you and we will report back as soon as practical.

A couple notes to keep in mind:

1. Check in on how we're doing on our company OKRs for 2022 (Objectives + Key Results).
2. The trading window will open on Monday, July 25 at 6:30am PT and will close on Wednesday, August 31 at 1:00pm PT. Please remember you are not allowed to trade Twitter stock if you have material nonpublic information. Not sure? Please review our Insider Trading Policy for additional information. For all other questions, visit go/Equity.

Thank you for all you do.
Ned

--

Ned Segal
Chief Financial Officer

nedsegal@twitter.com | @nedsegal

--

Ned Segal
Chief Financial Officer

nedsegal@twitter.com | @nedsegal