# EXHIBIT 3



Managers, Assemble

September, 2022

DEFT EXHIBIT 23
WITNESS: Segal
DATE: 9-5-24
Anrae Wimberley, CSR 7778

CONFIDENTIAL



X-SCHOBINGER_000000157



4        Managers, Assemble!



## Today's agenda

1. **Developing@**
2. **Manager Experience**
3. **LGBTQIA+ travel**
4. **Quarterly Check-ins**
5. **Compensation**
6. **Q&A**

Questions? Slack #ManagersAssembleQs-Auto



**Let's talk about your role?**

You play a pivotal role in helping your Tweeps think about their career and growth here at Twitter. Let's be honest - everyone is thinking about their career right now.

While Tweeps own their career, your job will be to coach them along the way. Developing@ will help you have open, honest conversations about what your Tweeps need or want. Giving you an opportunity to understand what is important to them right now and giving you insights to take action to retain great talent and re-recruit them for 2023. Q3 QCIs are coming up and are the perfect opportunity to talk about development.

So let's walk through this step by step.

Your Tweeps will take Developing@ quiz to identify which development path is right for them. Maybe they want to deepen their skills and become an expert, maybe want to explore before committing, maybe they need to find a better balance and want to improve their well being at work, maybe it's time to go in a different direction and branch out, or maybe it's about getting to the next level.

Once they've chosen which development action is right for them, they will get a personalized kit to work through on their own - the activities will help them understand their career motivations, strengths, interests, and priorities. Finally, they will get tools to help them prepare for a conversation with you.

   X-SCHOBINGER_000000163



# Developing@ is personal

Rethinking career growth with the following actions:

- **Grow here**: Expand in current role and skills
- **Explore**: Find out the the best next step
- **Realign**: Recalibrate and find balance
- **Branch Out**: Switching to a new role or team
- **Level Up**: Moving up the ladder

**[Transition to Dev@ Slides]:**

### What is Developing@?

Dev@, a personalized career development tool which uses an assessment to help Tweeps think more broadly about what they want, where they are today, and how to prepare for what's next. It includes personalized quizzes, tools and guides to give Tweeps for five core development actions:

- **Grow now** (deepen skills and expertise on current role)
- **Explore** (experiment with roles and skills)
- **Realign** (recalibrate to find balance)
- **Branch out** (switch to a new role)
- **Level up** (move up the ladder or/and become a manager)





Let's dive into Developing@. First of all, Let me acknowledge that we are not in ordinary times. And there continues to be a lot outside of our direct control right now.  BUT I believe that this moment is ALWAYS the right time to focus on career growth and development.

We know that Tweeps join Twitter to grow their career and have an impact. We designed Developing@ to help Tweeps think about the next right step for them, right now.

X-SCHOBINGER_000000161



9          Managers, Assemble!

## So, I took Developing@
## and I want to talk to you:

**Goal:**
- What did you learn from taking Developing@?
- Why is this so important to you personally?
- What would you like to happen that is not happening now?

**Reality:**
- What do you need to learn to achieve your goal?
- What specific feedback have you received around this goal?
- How is this impacting you, others? How does this make you feel?

**Options:**
- What would the ideal outcome look like?
- What ideas do you have to achieve this?
- What else could you do?/ what else could you try?

**What's next?**
- What action do you need to take and by when?
- What obstacles might you face? How can you overcome them?
- How can I support you?

Questions? Slack #ManagersAssembleQs-Auto



# What's next

**September 6**
**Dev@ Manager preview**
Message sent from People Team

**Today!**
**Manager Guides launch**
Check them out at go/DevelopingAt

**September 14**
**Dev@ launch to Tweeps**
Company-wide launch

**September 30**
**Sunsetting old Dev@**
Old eLearning Dev@ courses will be deactivated & removed from M@

**September 14 to October 30**
**Targeted campaigns**
Reinforce launch of Dev@ during Orgs All Hands and Newsletters

**October 5-20**
**Q3 QCI's**
An opportunity to focus on development!

**Q1 2023**
**Dev@ evolution**
**Phase 2, 2023+**
- Dev@ improvements + live components
- Integrate Dev@ w/ performance and CF processes

**What's next?**

- Take a closer look at the manager coaching guides **today!**
- *Include note about D@ for Managers: M101*
- Developing@ launch to Tweeps **on September 14**
- Attend the Developing@ office hours **throughout the rest of 2022**
- Ongoing targeted campaigns across orgs **throughout 2022**



X-SCHOBINGER_000000166





X-SCHOBINGER_000000168





**June 30:** Leading through Change and Ambiguity Speaker Series with Amy C. Edmondson
**??:** Peer and Leadership Coaching Circles with Leland Thompson

June
Amy Edmonson
Drop-in Leadership Coaching Circles

July
Liz & Mollie
Drop-in Leadership Coaching Circles
(Place holder for another offering)

August
Speaker TBC
Drop-in Leadership Coaching Circles
(Place holder for another offering)

September
Speaker TBC
Drop-in Leadership Coaching Circles
(Place holder for another offering)

October
Speaker TBC

                                                X-SCHOBINGER_000000170

Drop-in Leadership Coaching Circles
(Place holder for another offering)

X-SCHOBINGER_000000171





X-SCHOBINGER_000000173



US JAPAC session

X-SCHOBINGER_000000174



# LGBTQIA+ travel guidelines

**What?**

IDEA, Talent Mobility and the TransTaskforce have partnered to produce guiding principles to support LGBTQIA+ Tweeps, especially Trans Tweeps and their managers, in situations related to travel.

**What's covered?**

- Guiding Principles
- Resources
- FAQs for both US & International Travelers
- Resources by individual office to come!

**How do I find out more?**

go/LGBTQIATravel

Questions? Slack #ManagersAssembleQs-Auto



X-SCHOBINGER_000000176





22        Managers, Assemble!

# Q3 QCI enhancements

## 01

**Adjusted Tweep and manager review windows**

Reducing to 1 week. Allows for more timely feedback.

## 02

**Elimination of formal calibration window**

Lightens the load as we prepare for year-end.

## 03

**Extended discussion window**

From 1 week to 2 weeks to allow proper time for meaningful discussions.

Questions? Slack #ManagersAssembleQs-Auto

CONFIDENTIAL                                    X-SCHOBINGER_000000178



23          Managers, Assemble!

# Q3 QCI timeline

### Q3 2022 QCI

- **Tweep Check-In period:** October 5-11
- **Manager Check-In period:** October 12-19
- **HRBP validation period:** October 20-25
- **Check-In discussions:** October 26 - November 9
- **Workday release date:** November 14

**Additional support and resources**
Live manager training sessions October 4 & 11 (optional)

Questions? Slack #ManagersAssembleQs-Auto



X-SCHOBINGER_000000180



X-SCHOBINGER_000000181





# PBP @ Twitter

- Revenue and profitability goals are set by the Board at the beginning of the year
- Funding pool established based on our company performance
- Individual payouts from our funded pool for each eligible Tweep is based on 50% company performance and 50% individual performance

CONFIDENTIAL                                    X-SCHOBINGER_000000183





# Key takeaways

| | |
|---|---|
| **Pay for Performance** | Pay for Performance is the foundation of our program and an important part of our culture |
| **Differentiate Pay** | Lean into merit and equity as a means of differentiating top performers |
| **PBP** | Eligible Tweep's will receive 50% of their PBP targets. All PBP plan rules apply |
| **Future updates** | We will continue the conversation at future Managers Assemble meetings |

X-SCHOBINGER_000000185

CONFIDENTIAL



X-SCHOBINGER_000000189



34    Managers, Assemble!

# Key takeaways

**Developing@**    Developing@ launches tomorrow, September 14, and will guide all Tweeps (including yourself) in self-discovery to craft a career they love.

**Manager Experience**    Take advantage of the Just-in-Time Manager Supports: Peer coaching circles, group coaching, manager eLearning paths, or the "Leading through Change" speaker series.

**LGBTQIA+ travel**    Check out IDEA's guiding principles for LGBTQIA+ travel so all of our Tweeps feel safe and seen.

**QCIs**    Q3 QCIs are happening from October 5 - November 9. Join the manager live training on October 4 & 11.

Questions? Slack #ManagersAssembleQs-Auto



X-SCHOBINGER_000000191