# EXHIBIT 4

# In the Matter of:

*Sydney Frederick-Osborn vs*

*Twitter, INC., et al.*

*Katie Marcotte*

*August 23, 2024*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



```
                IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION

   SYDNEY                        )
   FREDERICK-OSBORN, on          )
   behalf of herself             )
   and all others                )
   similarly situated,           ) Case No.
                                 ) 3:24-cv-00125-
         Plaintiffs,             ) JSC
                                 )
         vs.                     )
                                 )
   TWITTER, INC., and X          )
   CORP.,                        )
                                 )
         Defendants.             )

      VIDEO RECORDED DISCOVERY DEPOSITION OF
                  KATIE MARCOTTE
                 August 23, 2024
                   10:06 A.M.
```

Called as a witness by the Defendant herein, pursuant to the Federal Rules of Civil Procedure pertaining to the taking of depositions for the purpose of discovery, before JENNIE SIOLIDIS, C.S.R., License No. 084-004818, a Notary Public duly qualified and commissioned for the State of Illinois, held at the law offices of Akerman, LLP, 71 South Wacker Drive, Suite 4600, Chicago, IL 60606.

| Sydney Frederick-Osborn vs<br>Twitter, INC., et al. | Videotaped | Katie Marcotte<br>August 23, 2024 |
|---|---|---|

2

```
 1   PRESENT:

 2

 3        AKERMAN, LLP, by
          MR. MARK BERNSTEIN
 4        71 South Wacker Drive, Suite 4600
          Chicago, IL 60606
 5
              appeared on behalf of the
 6            Deponent.

 7
          MORGAN LEWIS & BOCKIUS, LLP, by
 8        MR. SARI M. ALAMUDDIN
          110 North Wacker Drive
 9        Chicago, IL 60606
          sari.alamuddin@morganlewis.com
10
              appeared on behalf of the
11            Plaintiffs.

12

13        LICHTEN & LISS-RIORDAN, P.C., by
          MR. BRAD MANEWITH
14        729 Boylston Street, Suite 2000
          Boston, MA 02116
15        bmanewith@llrlaw.com

16            appeared on behalf of the
              Defendants.
17

18
     ALSO PRESENT:
19

20        SLAWOMIR KOJRO, Videographer

21        MARY HANSBURY, X

22

23

24
```

Case 3:23-cv-03007-VC   Document 84-6   Filed 09/16/24   Page 5 of 10

Sydney Frederick-Osborn vs	Videotaped	Katie Marcotte
Twitter, INC., et al.		August 23, 2024

3

```
 1                    I N D E X
 2
 3   WITNESS:  KATIE MARCOTTE
 4
                                        Page No.
 5
 6   EXAMINATION BY:    MR. MANEWITH      5
 7                      MR. ALAMUDDIN     256
 8
 9                   E X H I B I T S
10                                        Page No.
11   Exhibit No. 1                        61
12   Exhibit No. 2                        109
13   Exhibit No. 3                        212
14   Exhibit No. 4                        220
15   Exhibit No. 5                        232
16
17        (Exhibits retained by reporter.)
18
19
20
21
22
23
24
```

4

1        THE VIDEOGRAPHER:  We are on
2   the record.  This is the
3   deposition of Katie Marcotte in
4   the matter of Sydney
5   Frederick-Osborn versus Twitter,
6   Incorporated, et al. in the United
7   States District Court, Northern
8   District of California, San
9   Francisco Division.
10        Today is August 23, 2024.
11  The time is 10:06 a.m.  This
12  deposition is being taken at 71
13  South Wacker Drive, Chicago,
14  Illinois at the request of Lichten
15  & Liss-Riordan, P.C.
16        The videographer is Slawomir
17  Kojro with Magna Legal Services.
18  The court reporter is Jen Siolidis
19  with Magna Legal Services.
20        Will counsel identify
21  yourselves for the record.
22        MR. MANEWITH:  Good morning.
23  Bradley Manewith on behalf of the
24  plaintiffs.

| Sydney Frederick-Osborn vs<br>Twitter, INC., et al. | Videotaped | Katie Marcotte<br>August 23, 2024 |
|---|---|---|

5

```
 1            MR. BERNSTEIN:  Mark
 2       Bernstein on behalf of Katie
 3       Marcotte.
 4            MR. ALAMUDDIN:  Sari
 5       Alamuddin on behalf of defendant.
 6            MS. HANSBURY:  Mary Hansbury
 7       on behalf of X.
 8            THE VIDEOGRAPHER:  Will the
 9       court reporter please swear in the
10       witness?
11            THE COURT REPORTER:  Raise
12       your right hand, please.
13            (The oath was thereupon duly
14       administered to the witness by the
15       Notary.)
16            KATIE    MARCOTTE,
17  Called as a witness by the Defendant
18  herein, having been first duly sworn, was
19  examined and testified as follows:
20            EXAMINATION
21            BY:  MR. MANEWITH
22       Q.   All right.  Good morning,
23  Miss Marcotte.  As I said, my name is
24  Bradley Manewith.  I represent the
```

90

1  plan, let's talk about that.
2       A.   Yes.
3       Q.   What do you recall about
4  that discussion?
5       A.   What I remember is scenario
6  planning.  So I believe at some point he
7  involved someone -- I would be
8  speculating.  I think he involved someone
9  to take a look at costs for the current
10 employee population, whether we were
11 going to pay out a portion of the bonus
12 plan and whether we should.
13           That was something that we
14 consulted a few members of our
15 compensation team on.  And at some point,
16 there was a meeting to discuss our
17 obligations to pay out to the current and
18 potentially previous employee population
19 in 2022.
20      Q.   Who was involved in the
21 meeting about obligations to pay out?
22      A.   Mark Shobinger, myself, two
23 members of my team.  I believe Elon was
24 there.  I would venture to guess that

| | |
|---|---|
| Sydney Frederick-Osborn vs Twitter, INC., et al. | Videotaped |
| | Katie Marcotte August 23, 2024 |

91

```
 1   Jared was there, but I can't be
 2   100 percent sure.
 3          Q.   And what do you recall from
 4   that meeting?
 5          A.   I recall Mark Shobinger
 6   saying out loud to the group that we
 7   should not pay out -- that Elon had no
 8   obligation to pay out performance bonus
 9   plans.  That he believed, that Mark
10   Shobinger believed that he had no
11   obligation to pay out performance bonus
12   plans.
13          Q.   Did you provide any other
14   opinion on that issue?
15          A.   In the meeting?
16               MR. ALAMUDDIN:  Object to
17          form, vague.
18   BY MR. MANEWITH:
19          Q.   Yes.  In the meeting.
20          A.   No, I don't believe so.
21          Q.   Did you provide your opinion
22   on the issue at any point?
23               MR. ALAMUDDIN:  Object to
24          form.
```

270

```
 1   STATE OF        )
     ILLINOIS
 2                   )  SS
     COUNTY OF DU    )
 3   PAGE

 4            I, JENNIE SIOLIDIS, C.S.R.,
     in and for the State of Illinois do
 5   hereby certify that KATIE MARCOTTE was
     first duly sworn by me to testify the
 6   truth; that the above deposition was
     recorded in shorthand and reduced to
 7   typewriting by me; that the deposition is
     a true, correct and complete transcript
 8   of the entire testimony given by the said
     witness at the time and place hereinabove
 9   set forth, and that signature is hereby
     reserved by said witness.
10
              I further certify that I am
11   not counsel for, nor in any way related
     to any of the parties
12   to this suit, nor am I in any way
     interested in the outcome thereof.
13
              In witness hereof, I have
14   hereunto set my hand and affixed my
     Notarial Seal this 26th day of August,
15   A.D., 2024.

16

17   *Jennie Siolidis*
     _____
     JENNIE SIOLIDIS
18   CSR License No. 084-004818

19

20

21

22

23

24
```