# EXHIBIT 7

**To:** team@twitter.com[team@twitter.com]
**Cc:** Dalana Brand[dbrand@twitter.com]
**From:** Ned Segal[nedsegal@twitter.com]
**Sent:** Fri 8/19/2022 1:42:20 PM (UTC)
**Subject:** Re: Q2 '22 Earnings Recap and link to recording

Team,
Due to deal-related matters, we did not yet have a complete answer in July around PBP accrual, but we are now able to provide more clarity. As a reminder, the bonus pool is calculated based on our performance against annual, Board-approved revenue and profitability goals, and is intended to ensure that employees are rewarded based on Twitter's performance. **Based on our Q2 performance, the 2022 total bonus pool is now tracking to 50%.**
Since the Board approved our 2022 Performance Bonus Plan in January, we have experienced significant challenges to our revenue—some specific to Twitter and the pending acquisition, and some tied to our industry and the broader global economy. We have adjusted quickly to address these challenges - reducing expense growth by limiting our hiring, re-evaluating our real estate footprint to better reflect the current environment, and appropriately reducing 2022 expenses related to contractor, marketing, infrastructure, and other items. Unfortunately, this is not enough to offset the challenges we have experienced to revenue. We have put together this FAQ to answer additional questions you might have.
I'm sure this is frustrating to read on many levels. I want to thank you for your focus as we move through this together, as our work has never been more important (or more challenging!). Many of you are going to extraordinary efforts to navigate this environment, and we are excited about the future of our business.
Ned

On Fri, Jul 22, 2022 at 11:56 AM Ned Segal <nedsegal@twitter.com> wrote:

Team,
Thank you to everyone who joined us today for our Q2 2022 Earnings all hands.
If you weren't able to join, we recorded it for you and captured the highlights below:

- Average mDAU was ██████ ██████ and ██████ year over year, driven by ongoing product improvements and global conversation around current events.
    - US mDAU grew ██████ and ██████ year over year!
- Q2 revenue was ██████ ██ (excluding MoPub and CrossInstall).
    - Ads revenue grew ██ or ██ on a constant currency basis.
- Q2 adjusted EBITDA was ██████ ██ margin.

- We do not have an update on PBP accrual right now due to the ongoing acquisition; we know this visibility is important to you and we will report back as soon as practical.

A couple notes to keep in mind:

1. Check in on how we're doing on our company OKRs for 2022 (Objectives + Key Results).
2. The trading window will open on Monday, July 25 at 6:30am PT and will close on Wednesday, August 31 at 1:00pm PT. Please remember you are not allowed to trade Twitter stock if you have material nonpublic information. Not sure? Please review our Insider Trading Policy for additional information. For all other questions, visit go/Equity.

Thank you for all you do.
Ned
--

Ned Segal
Chief Financial Officer

nedsegal@twitter.com | @nedsegal

EXHIBIT 8
WIT: Schobinger
DATE: 8·2·24
SHARON ROSS, CSR, CRR, RMR

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000074

# 2022 PBP accrual: Tweep FAQ
August 2022



**If we continue our cost-cutting measures, do we anticipate that the bonus pool might be funded at more than 50% by year-end?**
- Based on significant challenges to our revenue in Q2—some specific to Twitter and the pending acquisition, and some tied to our industry and the broader global economy—the 2022 total bonus pool funding is now tracking to 50%. We cannot predict what might happen in the months ahead. Although bonus pool funding could improve, we would need to see material improvement in order to move meaningfully from these levels.

**Does this mean that we will not be able to differentiate on performance for 2022 year-end reviews and ratings?**
- We are still working on our approach to performance differentiation as it relates to PBP for Year-End Reviews and Ratings, but what we can say now is that differentiating performance will always be core to our overall company performance philosophy, and we will continue to provide resources in order for managers to do so through promotions, equity grants, spot bonuses, and leadership and career development opportunities.

**Do we still need to do Quarterly Check-ins (QCIs) and Year-End Performance Reviews and Ratings given this update? How can we continue to motivate top performers?**
- Yes! Feedback helps Tweeps understand where they stand, how they can continue to develop and grow, and how they are tracking towards larger career goals. QCIs and Year-End Reviews & Ratings also allow for managers to reward top performers through various incentives like promotions, salary increases, and equity grants. Off cycle, managers continue to have access to spot bonuses to recognize and reward performance.

**Why did we roll out calibrations across Staff orgs if we're still deciding how to pay out individual PBPs based on ratings?**
- We are still working on our approach to performance differentiation as it relates to PBP for Year-End Reviews and Ratings.
- Ratings and calibrations continue to be important elements of our People strategy. It's important that Tweeps understand what they are doing well and what could be better for their own personal career development. These performance management elements inform more than just PBP, they can impact an employee's base salary and equity and are central to accelerating Tweep and company performance.

**When did Staff know about this update and why was there a delay in communicating it to employees post-Q2 earnings?**
- Due to deal-related matters, we did not yet have a complete answer in July around PBP accrual, but we are now able to provide more clarity and did so as soon as we were able.

**As managers, what tools do we currently have to motivate strong performers?**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000075

# 2022 PBP accrual: Tweep FAQ
August 2022



- As a reminder, Twitter made significant investments in Q1 2022 in our compensation program including merit and equity awards.
- We are continuing to invest in career growth for Tweeps:
  - In the coming weeks, we expect to be introducing a new Developing@ program. This personalized career development tool will help Tweeps figure out where they are, what they want in terms of career aspirations and development opportunities, and how to prepare for what's next in their career through the following paths: Grow here, Explore, Realign, Try something new, and Level up.
  - Visit go/Careers to find many more resources available to you.

**Would the Board and/or the buyer consider some relief on or changes to the Bonus Plan given the extraordinary circumstances we're facing?**
- That is something that the Board and the management team have looked at.
- Ultimately, any adjustments to the Bonus Plan require the consent of the buyer under the terms of the merger agreement.

**How will we maintain business continuity given all of these changes?**
- The PBP accrual update is a difficult reality and we know it is frustrating. When people decide to join or leave Twitter, the decision is multifaceted. Compensation is one of those factors - their work, their teams, and the opportunity for impact are some others.
- The work that is being done at Twitter today has never been more important and relevant. We have more people using Twitter today than at any other time in our history. While we are constrained in some regards, we have a lot of opportunities today and in the future. Those who stay and new Tweeps who join the flock will help continue to move the business forward as we prioritize our work and ensure focus on the most important and immediate initiatives.

**Should we be worried about more layoffs coming as we continue to pursue cost-cutting measures?**
- We're not looking at company-wide layoffs. However, teams from across the company are reprioritizing and making changes to ensure we are operating responsibly and efficiently in the current operating environment. We may continue to see targeted restructuring and org changes as we continue to align with our revised business needs (as we always have in the past).

**Could I still get promoted or are we pausing those as well?**
- We will still promote Tweeps who are ready in 2022.

**How does this update affect the Sales Incentive Plan (SIP)?**
- Tweeps on our Sales Incentive Program (SIP), which allows Tweeps to earn commission based on sales targets and is paid on a quarterly basis, are not eligible for the PBP and

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000076

## 2022 PBP accrual: Tweep FAQ
August 2022



therefore are not impacted by this announcement. If you are part of SIP instead of PBP, you can find out more information at go/SalesComp. This email update is specific to PBP.

*Other FAQs related to the acquisition can be found at go/AcquisitionFAQ.*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000077