# EXHIBIT 8

Direct Messages between Mark Schobinger and Courtney McMillian on **2022-10-19**

**CM**

**cpaul (Courtney McMillian)**

2022-10-19 09:34 PM

https://docs.google.com/document/d/1oyjY71DGTGx0UydOuXceVfqnCNGoRZQLfeJceSnWYnQ/edit#bookmark=id.auurm3mx046j

**MS**

**mschobinger (Mark Schobinger)**

2022-10-19 10:06 PM

Here is the link to the 2022 PBP draft: https://docs.google.com/document/d/1V-0wANawrbjeFlDOFdHa-hLLAnrMaKrxJOKCCKNrDWY/edit?usp=sharing

It's sitting in red-line format. But all of those things have been vetted. We just never accepted the final changes.

**MS**

**mschobinger (Mark Schobinger)**

2022-10-19 10:17 PM

The pbp plan does not specifically contemplate a change of control. So it is really unclear to me if the bonus plan would permit paying out. My argument would be to fund based on actual results at time of close which we know would be the floor (50%). And then it is all mechanical and based on eligible earnings that are prorated through the close date. But I think one could make an argument similar to what has been used in other matters ▮▮▮▮▮▮▮▮▮▮▮▮ where the buyer would have to consent first.

In any event, if we are able to do the bonus, we must also reconcile the timing of paying it out to avoid 409A issues for US employees. Specifically, if it lands that the close constitutes the end of the FY, I don't think we could necessarily pay these out in March because that would put us well past the 2.5 month envelope of short-term deferrals. This may not be top of mind for anyone right now because other things are higher priority. But I don't want this to slip thru the cracks without a convo either.

**MS**

**mschobinger (Mark Schobinger)**

2022-10-19 10:19 PM

Similarly, here is the staff EIP bonus document:
https://www.sec.gov/Archives/edgar/data/1418091/000119312513390321/d564001dex109.htm
It's the same issue - doesn't contemplate change of control. And so same issues as the general population (are they entitled to it, and timing of paying it out to avoid 409A issues).

**MS**

**mschobinger (Mark Schobinger)**

2022-10-19 10:19 PM

It's a heavy topic, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

EXHIBIT 12
WIT: Schobinger
DATE: 8·2·24
SHARON ROSS, CSR, CRR, RMR

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000082