# EXHIBIT 9

Direct Messages between Katie Marcotte and Mark Schobinger on **2022-11-30**

**MS**

**mschobinger (Mark Schobinger)**

2022-11-30 12:21 AM

Here is a high level estimate of FY22 PBP assuming target with 50% funding level (per plan design). The net is ▇▇▇▇ which is on the high side. I made the following assumptions for simplicity:

- employee roster as of Nov 28, 2022 but eliminated any employee who wasn't tagged as "Active" or "Holding Pen" from the Nov 19 Prism workbook (note we have hired 118 employees since Oct 28 that are not in the Prism workbook; I made an assumption they will all be retained and they included in this PBP estimate)
- I am using the employee's annualized salary as of Nov 28, 2022 to calculate their target pbp - this is for simplicity in this model only because as you know, we would prorate their actual earnings and bonus target % to arrive at the real number (so this estimate is overstating a bit)

**FY22 Annualized PBP at Target with 50% Funding Level as of 11282022.xlsx**
XLSX · 290 KB
https://twitter.enterprise.slack.com/files/WFJGEG3KL/F04CL2AQCTH/fy22_annualized_pbp_at_target_with_50__funding_level_as_of_11282022.xlsx

ksnodgrass (Katie Marcotte) reacted with: ack2

**MS**

**mschobinger (Mark Schobinger)**

2022-11-30 12:26 AM

The logical outcome suggests we would not pay out FY22 bonuses due to the current environment and the severe underperformance to plan. So you know, that is what I recommended previously (when we were still public) - the plan permitted the cmte to exercise that discretion. But TWTR being TWTR, we held to the 50% funding level for all the reasons you can imagine. Anyway, Elon is the sole director at this point and it really comes down to him and only him to make the final decision (even if he says "work with Jared" - we would still need Elon to provide the approval on whatever we recommend).

**MS**

**mschobinger (Mark Schobinger)**

2022-11-30 12:27 AM

I'm about to drop off to go to dinner. Married 36 years today... so going to spend time with the real boss. :slightly_smiling_face:
replies: 1

EXHIBIT 13
WIT: Schobinger
DATE: 8.3.24
SHARON ROSS, CSR, CRR, RMR

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000083