# EXHIBIT 10

**To:** Brian Bjelde[bbjelde@twitter.com]; Nate Everhart[neverhart@twitter.com]; nate.everhart@spacex.com[nate.everhart@spacex.com]
**Cc:** Katie Marcotte (Snodgrass)[kmarcotte@twitter.com]; Mark Schobinger[mschobinger@twitter.com]
**From:** Mark Schobinger[mschobinger@twitter.com]
**Sent:** Thur 12/1/2022 5:20:46 PM (UTC)
**Subject:** FY22 PBP follow up
FY22 PBP Update from September 15, 2022 Comp Cmte Meeting.pdf

Brian, Nate:
I'm following up separately on the action item I took concerning the FY22 PBP (bonus) conversation we briefly discussed at yesterday's meeting. I've attached a few slides that we shared with the comp cmte at one of the last meetings we had with them in September 2022 that give you context on where we were at that point in terms of actuals to-date, and the underlying payout curves.
The FY22 PBP is Twitter's annual bonus plan, and represents compensation opportunities for hitting short-term goals. In this case, short-term goals are the 2022 calendar year financial metrics related to revenue and profitability. The plan itself has a "safe harbor" built into that essentially funds the pool at 50% regardless of performance. To be blunt, we could severely underperform and the plan would still fund a minimum of 50% of the pool. Finance is still accruing for the plan.
We need clarity from Elon regarding the disposition of the FY22 plan - if he intends to fund it or not so that we can properly prepare for administering the plan. As the sole director only he can authorize, hence the question.
Happy to chat live if you want to gain any historical understanding or conversations we've had in the past regarding this plan that might be beneficial to know about when engaging Elon. Let me know - Nate this may be something you and I discuss live so you get the full understanding. Let me know if you want to do that and you can send me your mobile number to call.
regards,
Mark

--
**Mark Schobinger | Head of Compensation**

EXHIBIT 15
WIT: Schobinger
DATE: 8.2.24
SHARON ROSS, CSR, CRR, RMR

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000084

# Update on FY22 PBP Funding (Non-Exec)

- Funding for the general population's PBP plan is comprised of top-line and profitability measures
    - **Top-line:** GAAP Revenue
    - **Profitability:** Adjusted EBITDA[1,2]
- 100% funding if targets are achieved, with the potential for up to 200% funding for outperforming targets
- Company minimum of 50% funding if we underperform
- Employee payout varies depending on individual performance
    - **No outsized individual payments:** individual payments under the plan are capped at 2X their individual target
- Estimate funding at 50% based on current trajectory[4]

| Performance Metrics | Weighting | 50% Minimum Funding | 100% Target Funding | 200% Maximum Funding | Estimated Funding[4] |
|---|---|---|---|---|---|
| GAAP Revenue | 50% | | | >= ■ | |
| YoY%[3] | | <= ■ | ■ | >= ■ | ■ |
| Percent of Target | | <= ■ | ■ | >= ■ | |
| Adjusted EBITDA ex PBP[1,2] | 50% | | | >= ■ | |
| Adjusted EBITDA Margin (before PBP) | | <= ■ | ■ | >= ■ | ■ |
| Percent of Target | | <= ■ | ■ | >= ■ | |

[1] Excludes stock-based compensation, amortization, depreciation, acquisitions (except for small deals such as acqui-hire), restructuring and extraordinary charges
[2] Cash expenses adjusted for changes in cost of revenue to calculate
[3] YoY revenue growth excludes MoPub and MoPub Acquire
[4] Funding based on results as of 8/31/2022

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Twitter Confidential    6

X-SCHOBINGER_000000085

# FY22 PBP GAAP Revenue Funding Curve

**FY22 GAAP Revenue[1] Curve *for General Population*:**
- 100% target payout if Revenue is at target of ▮▮▮ (▮▮ YoY growth)
- Achievement increases and decreases linearly for change in Revenue
  - **Floor:** 50% target payout <= ▮▮▮ (▮▮ YoY growth)
  - **Ceiling:** 200% target payout >= ▮▮▮ (▮▮ YoY growth)
- Payout spreads: 25% of target (50% to 200% payout)



[1] YoY revenue growth excludes MoPub and MoPub Acquire

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Twitter Confidential    31

X-SCHOBINGER_000000086

# FY22 PBP Adj. EBITDA[1,2] Funding Curve

**FY22 EBITDA excluding PBP Curve for *General Population*:**
- 100% target payout if EBITDA excluding PBP at target ▮
- Payout potential based on relatively flat ▮ to ▮ ( ▮ ) with same downside and upside slope
- Achievement increases and decreases linearly for change in EBITDA excluding PBP
  - **Floor:** 50% target payout <= ▮
  - **Ceiling:** 200% target payout >= ▮
- Adjusted EBITDA excl. PBP assumes ▮ of cost of revenue for every ▮ of incremental revenue



Adjusted EBITDA Excl. PBP (Company PBP) vs Adjusted EBITDA

[1] *Excludes stock-based compensation, amortization, depreciation, acquisitions (except for small deals such as acqui-hire), restructuring and extraordinary charges*
[2] *Cash expenses adjusted for changes in cost of revenue to calculate*

Twitter Confidential    32

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000087