# EXHIBIT 11

**To:** Mark Schobinger[mschobinger@twitter.com]
**From:** Lindsay Chapman[lchapman@twitter.com]
**Sent:** Fri 1/6/2023 6:52:24 AM (UTC)
**Subject:** Re: more on the bonus conversation for tonight

Agree and I think those are the right next steps. Thanks so much. I agree that we have a lot of work to do to restructure comp, but we will get there!

On Thu, Jan 5, 2023 at 9:06 PM Mark Schobinger <mschobinger@twitter.com> wrote:

> I hear what Elon is saying and it makes sense - those that perform should be rewarded, and vice versa. Assuming he agrees to fund the PBP pool (and for clarity, this plan is for non-sales employees as sales employees are on a completely different plan that pays out quarterly), the challenge we have is the ability to reasonably gauge employee performance for the fiscal year because of the massive changes to the workforce.
> Let me do this first - I'll connect with FP&A tomorrow to understand where they preliminarily think we are going to land on actuals. I know we were severely under-performing, and we knew back in Q3 that we would not get above the floor. So it may be academic and so low that the best decision would be to exercise discretion and not fund. I'll update you with what I learn tomorrow.
>
> On another note, he has said a few times this evening that we need to get better from a cost structure perspective (not those exact words, but some form of them). This goes to the conversation you and I had today regarding Twitter's historic market positioning of indexing at P75 of market - that feels like an untenable cost structure in the current environment. We have some heavy work to do to address that imbalance if he wants us to get serious about it. I'm up for it - won't be easy, but it's really necessary.
>
> --
> **Mark Schobinger** | Head of Compensation



EXHIBIT 16
WIT: Schobinger
DATE: 8.2.24
SHARON ROSS, CSR, CRR, RMR

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000101