# EXHIBIT 12

**To:** Mark Schobinger[mschobinger@twitter.com]
**From:** Lindsay Chapman[lchapman@twitter.com]
**Sent:** Wed 1/11/2023 5:24:27 AM (UTC)
**Subject:** Re: Retention Award Update

Just realized I didnt respond to this, but let's discuss tomorrow. Sorry for the non-response!

On Thu, Jan 5, 2023 at 8:38 PM Mark Schobinger <mschobinger@twitter.com> wrote:

Lindsay,

Hi. Thanks for the call today. Looking forward to a great partnership, and helping you in any way possible. I was going through my list of open items after our call, and there are a couple I would like to flag for you.

First item concerns this email thread - cash & equity (deferred cash awards now) classified as retention that we have been holding on payments. I don't think there has been a definitive decision on where we landed - and with Katie having exited now, I am not sure who is driving this now to closure. Is this something that she reviewed with you before she departed? And is there anything I can help answer or clarify for next steps?
Here is the link to the document that has the list of recipients: https://docs.google.com/spreadsheets/d/1SGdz34LZM0NEK_Cc5Gi6GOcBGPgOVWb74ArLsdmln60/edit?usp=sharing

The second item concerns the FY22 (calendar year 2022) bonus plan you may have heard referred to as the PBP. For context, the design of our PBP plan includes a funding floor of 50%. I had shared with Nate previously that Elon as the sole director is the only one who can approve to pay it out or exercise discretion to not pay. Katie had raised this with Elon previously in mid-December, but he wanted to hold on making any final decision. We have not communicated any updates to managers or employees regarding the disposition of the bonus, but likely some will begin to ask questions. I think the first decision we need to land on is if we intend to fund and pay it out. If we do, then we need to sort through how to allocate it out - the last time we underperformed, we took a "we are all in it together" position and treated everyone the same from an individual modifier perspective. We also have some complications in that we have paused annual planning, and so we don't have the normal tool and processes to aide in allocating and creating letters. So clearly there are some knock on things we would have to figure out how to solve, but the first hurdle really is whether or not we fund the pool. Is this a topic that has resurfaced with you and Katie before she exited?

Regards,
Mark



EXHIBIT 17
WIT: Schobinger
DATE: 8.2.24
SHARON ROSS, CSR, CRR, RMR

---------- Forwarded message ---------
From: **Brian Bjelde** <bbjelde@twitter.com>
Date: Wed, Dec 28, 2022 at 10:40 PM
Subject: Re: Retention Award Update
To: Katie Marcotte <kmarcotte@twitter.com>
Cc: Mark Schobinger <mschobinger@twitter.com>, Jared Birchall <jbirchall@twitter.com>, Lindsay Chapman <lchapman@twitter.com>

Thank you. The urgent one, according to Sheen, was Vijay - can we release that one ▓▓▓ - I'm not sure if a one time and if any claw back attached to it)? If not then need to tell Sheen right away.
After that I like your idea to make a recommendation for each to ensure it still makes sense (many may not be needed any more if they are gone or opted out) and then lets work that final list with Jared/Pablo for concurrence then Pablo can

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000095

send to E for final OK. That would be my recommendation. Sounds good to y'all?  + Lindsay. Thanks again Katie!

On Wed, Dec 28, 2022 at 3:49 PM Katie Marcotte <kmarcotte@twitter.com> wrote:

Hi all - coming back to this thread. Dug in here with Mark today, and here is where we are:
- When I spoke with Elon, we only aligned on holding payment/doing an audit of those awards that were approved post April 25. I am not clear on who asked payroll to hold on any payments that were approved prior to April 25th.
- Elon and I also aligned on sending comms to all individuals for which we were holding said payment. In those comms, we did not commit to a timeline with folks, given the rest of the RIF work.
- We can come back to you with a line by line recommendation of all individuals set to be paid, whether they were approved pre or post April 25th, for completeness.
- From there, we need an owner. @Jared Birchall is this you or Elon?

On Fri, Dec 23, 2022 at 11:05 PM Mark Schobinger <mschobinger@twitter.com> wrote:

Here is a summary of the retention awards for both groups (pre-merger and post-merger)...

Pre-Merger:

- We issued 17 awards
- 5 employees recommended to have pmt released as award terms have been fulfilled - aggregate total is ~ [redacted]
- 9 payments recommended to not be paid as employees are either part of Nov 4 RIF or Twitter 2.0 Opt Out in addition to they did not remain actively employed through the payment date due to non-working notice (with a few that will also terminate prior to the payment date) - aggregate total is ~ [redacted]
- 2 employees have payments scheduled in 2023 and recommend paying those per the scheduled date in 2023 so long as they remain actively employed - aggregate total is [redacted]

Post-Merger:

- We issued 47 awards
- 4 employees recommended to have pmt released as award terms have been fulfilled - aggregate total is ~ [redacted]
- 19 payments recommended to not be paid as employees are either part of Nov 4 RIF or Twitter 2.0 Opt Out in addition to they did not remain actively employed through the payment date due to non-working notice (with several whom will also terminate prior to the payment date) - aggregate total is ~ [redacted]
- 23 payments are scheduled in 2023 and recommend paying those per the scheduled date in 2023 so long as they remain actively employed - aggregate total is [redacted]

These are my recommendations to this team using consistent principles. Basically pay them if they fulfilled the terms of the award unless 1) they are part of the Nov 4 RIF or Twitter 2.0 Opt Out, and 2) they had non-working notice prior to the payment date which means they did not remain actively employed through the payment date whether by their choice or Twitter's or they will terminate prior to the payment date.

Even in the case of the employees on the post merger tab where we should have sought consent, I applied the same approach. I took the view that this is no fault of the employees, but rather our prior staff leadership that should have sought consent. Therefore, we should hold them accountable which

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

presumably is part of the rationale in how their termination ended up being classified "for cause".

There are a couple that regional payroll will confirm for us next week. But they are not material amounts and once we have their findings we can apply the same consistent thought process as to whether we pay or not.

Let me know if there is anything more I can do to get us to a decision on these.

Regards,
Mark

On Fri, Dec 23, 2022 at 4:53 PM Mark Schobinger <mschobinger@twitter.com> wrote:

Brian-
I pulled a report today and segregated the payments into 2 tabs - one pre merger and another post merger. We are auditing anything that had a payment date Oct 1, 2022 or later and identifying which ones have actually been paid (there should be a small number that were paid before we closed that we can then remove from the list). Once we have that sorted out, I can share an updated view so we know what the exact numbers are that we are talking about. There are a few that are outside the US and so likely we will not get an update on those until early next week since it was already the weekend/holiday when I started this audit this morning in those locations. It's high priority and so we should be able to update early next week for sure. I can provide an interim update as well as I have the us payroll feedback already but just need to review it.
Regards,
Mark

On Fri, Dec 23, 2022 at 4:37 PM Brian Bjelde <bbjelde@twitter.com> wrote:

Thanks Mark.  Katie- thoughts on how best to proceed here given you previous discussion with Elon?  I would assume Elon would like us to audit both batches (pre merger agreement and post) and come to him with a final recommendation.  Seems time sensitive given Sheen's mention of a top performer looking to be sure his bonus will be paid on Jan 1 as promised.  Same likely for others. I can't seem to unhide certain columns to see what the amounts promised are.  If some are unusually large then that also can be more closely reviewed.
Thanks,
BB

On Thu, Dec 22, 2022 at 2:04 PM Mark Schobinger <mschobinger@twitter.com> wrote:

Hi Brian. The direction to hold paying cash awards classified as retention came from Elon (discussion he and Katie had on several topics one of which was retention payments). My understanding is there needed to be an audit before any payment was to be made.
If I may, there are a two categories of retention payments being held - those that were granted before we entered into a merger agreement (~ Apr 25) and those that were granted after we entered into a merger agreement. It is our understanding the latter required Elon's consent which we are unclear if it was obtained. And likely it is this group that caught Elon's eyes. The former category (the ones granted before we entered into a merger agreement feels overly broad to continue holding and arguably we may not have clarified that nuance with Elon. If we could release the hold on those but continue to hold on anything granted in the period we should have received consent on until Elon decides differently, that would clear some of the backlog. To be really clear, I am not aware of us getting consent - I worked with the comp cmte on several versions of retention during this period and know definitively Elon did not approve. Not meaning to come across snarky here, but having been involved in these, I have insights you need to be aware of so that this gets to the best resolution.
I think the list in Katie's doc are the awards that were granted during the time period we should have obtained consent. These deservedly require additional scrutiny.
Regards,
Mark

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000097

On Thu, Dec 22, 2022 at 4:00 PM Brian Bjelde <bbjelde@twitter.com> wrote:

Thanks. And given many are effective 1/1/23, we will need to push for a decision on path forward with those staying (opt'd in) so we can appropriately action. Mark- please let us know what info you have, who asked to hold, etc so that we can help to work it.
BB

On Thu, Dec 22, 2022 at 12:51 PM Katie Marcotte <kmarcotte@twitter.com> wrote:

yes - all the detail is in this doc. payroll was instructed to hold on payments. adding mark here to find out where that initiated

On Thu, Dec 22, 2022 at 2:52 AM Jared Birchall <jbirchall@twitter.com> wrote:

First I'm seeing of this.

@Katie - do you have the numbers?

On Wed, Dec 21, 2022 at 9:53 PM Brian Bjelde <bbjelde@twitter.com> wrote:

Hey katie and Jared- Happen to know the status of this one and any others? I'm assuming they were all on hold pending a review but curious who is gatekeeping the review and if some are critical then what the process is to release?

Begin forwarded message:

**From:** Sheen Austin <sheenaustin@twitter.com>
**Date:** December 21, 2022 at 12:40:11 PM PST
**To:** Brian Bjelde <bbjelde@twitter.com>
**Subject: Fwd: Retention Award Update**

Brian,
How should we handle this?

Sheen

---------- Forwarded message ---------
From: **Sudhir Srinivas** <sudhirs@twitter.com>
Date: Wed, Dec 21, 2022 at 12:37 PM
Subject: Fwd: Retention Award Update
To: Sheen Austin <sheenaustin@twitter.com>

Sheen,

Vijay relocated from the UK in July. The relocation was approved by his management chain (Taylor, Nick and Parag). As part of the comp adjustment, he was also provided a retention that included cash and equity.

Vijay is a strong performer and solid engineer. Can you see if you can get the folks reviewing this to create an exception ?

Thanks

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000098

Sudhir

---------- Forwarded message ---------
From: **Vijay Teja Gottipati** <vgottipati@twitter.com>
Date: Wed, Dec 21, 2022 at 11:16 AM
Subject: Fwd: Retention Award Update
To: Sudhir Srinivas <sudhirs@twitter.com>

---------- Forwarded message ---------
From: **Twitter HR** <twitter-hr@twitter.com>
Date: Fri, Dec 9, 2022 at 5:12 PM
Subject: Retention Award Update
To: Twitter HR <twitter-hr@twitter.com>

Hi,
We are reaching out to you regarding a one-time retention award you were awarded between April 25, 2022 (the "Merger Agreement" date) and October 27, 2022 (the "Closing" date).
All retention awards made between the Merger Agreement and Closing dates, required consent of the buyer. As Twitter is now a private company and under new management, all retention arrangements are being reviewed for compliance. Accordingly, payments from any such awards are being paused pending the review.
Once we have more to share, we will update you.
Twitter

--


**Katie Marcotte** | Twitter HR
Pronouns: She/Her
Follow me @kms

--
**Mark Schobinger** | Head of Compensation
--
**Mark Schobinger** | Head of Compensation

--

**Katie Marcotte** | Twitter HR
Pronouns: She/Her
Follow me @kms

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000099