# EXHIBIT 13

**To:** Lauren Wegman[lwegman@twitter.com]; Yabre Kompaore[ykompaore@twitter.com]; Nikki Sommer[nsommer@twitter.com]; Mark Schobinger[mschobinger@twitter.com]; Lindsay Chapman[lchapman@twitter.com]
**From:** Mark Schobinger[mschobinger@twitter.com]
**Sent:** Thur 1/19/2023 12:20:12 AM (UTC)
**Subject:** FY22 PBP follow up

Team-

I updated the FY22 PBP recommendation to address concerns raised when we met last week. Essentially I have restructured the approach to solve for two decisions that are needed:

- Do we fund a bonus pool?
- And if we do fund, how should we allocate?

To be clear, Elon owns answering the first question. He can answer it in one of two ways - exercise discretion and not fund or allow the plan to fund at 50%.

The allocation question is a philosophical position - treat everyone the same because of an extraordinary year, or allow differentiated bonuses. I've captured the essence of what we discussed without getting deep into the rating points we discussed. I don't feel the need to get deep into it as it's a solvable issue and we have time to figure it out if he funds a bonus. For example, we talked about when QCI ratings would be needed. But for the 2 decisions we need, that detail is not necessary as it doesn't add to what needs to get decided right now. Likewise, I refrained from putting in the accrued $ amount the finance has on the books that I shared when we met - that detail is not needed, and in fact will change as we have additional attrition. Elon will conceptually understand the pool is predicated on the number of participants, and as that number dwindles, so too will the bonus pool number. So no need to overtly call it out for what we need right now.

Please have a look at the updated version, and provide additional feedback by the end of this week. Based on what you add, I'll schedule time for us to re-group.

https://docs.google.com/document/d/14vRAFAbs2Bt5LpjSB99K5GeDBwkwccIGG17TFLqocKA/edit?usp=sharing

Regards,
Mark

--
**Mark Schobinger** | Head of Compensation

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

EXHIBIT 18
WIT: Schobinger
DATE: 8.2.24
SHARON ROSS, CSR, CRR, RMR

X-SCHOBINGER_000000120