# EXHIBIT 14

**To:** Mark Schobinger[mschobinger@twitter.com]
**Cc:** Nikki Sommer[nsommer@twitter.com]; Yabre Kompaore[ykompaore@twitter.com]; Lauren Wegman[lwegman@twitter.com]
**From:** Lindsay Chapman[lchapman@twitter.com]
**Sent:** Thur 1/12/2023 6:16:18 AM (UTC)
**Subject:** Re: FY22 PBP

Wonderful, thanks!

On Wed, Jan 11, 2023 at 2:15 PM Mark Schobinger <mschobinger@twitter.com> wrote:

> Thank you Nikki. Saw the mtg invite too - I will forward to Lauren as well so we have a productive conversation.
> regards,
> mark
>
> On Wed, Jan 11, 2023 at 12:40 PM Nikki Sommer <nsommer@twitter.com> wrote:
>
>> Thanks Lindsay,
>> Mark, I am going to set up time with myself, you and Yabre to review in more detail.
>>
>> On Tue, Jan 10, 2023 at 9:34 PM Lindsay Chapman <lchapman@twitter.com> wrote:
>>
>>> Thanks for getting the ball rolling, Mark. I'd love to hear Yabre and Nikki's thoughts as well. Appreciate you including them.
>>>
>>> On Fri, Jan 6, 2023 at 2:18 PM Mark Schobinger <mschobinger@twitter.com> wrote:
>>>
>>>> Hi Team. Lindsay alluded to the PBP conversation on our call earlier today. I've started a document (link below) to frame a few recommendations and their associated pros/cons. The idea here is to collect different POVs, so that we can land on a best set of recommendations that we can take to Elon with Lindsay's guidance.
>>>>
>>>> I briefly chatted with our FP&A and tech accounting teams today to understand the gravity of actuals. Without disclosing those actuals, it is fair to characterize nothing has changed from when we were still a public company and the update you heard from Ned back in Q3. What has changed is we are a private company and you heard it directly from Elon that we have to be accountable to the actual results. It's through this lens of keeping things real that I pre-populated a few recommendations to start the conversation.
>>>>
>>>> Please take a few days to review and add your thoughts - there's no judgement. We need to be as honest as we can though with reconciling that we didn't deliver what we aimed for against our legacy gravitational pull to feed the entitlement culture (it's ok to acknowledge a choice to consider is to still pay a bonus out which is why you will see that as an option).
>>>>
>>>> I have another meeting with FP&/tech accounting on Monday to get us some additional information (e.g., estimated pool, decision deadlines from an accounting perspective, and if the monies can be used differently if we were to not fund the PBP but desire to use the $ in a different way) and I will share those findings with you. And in the meantime, appreciate your thoughts here as this is the team that is going to have to help land this one eventually.
>>>>
>>>> https://docs.google.com/document/d/14vRAFAbs2Bt5LpjSB99K5GeDBwkwccIGG17TFLqocKA/edit?usp=sharing

EXHIBIT 21
WIT: Schobinger
DATE: 8·2·24
SHARON ROSS, CSR, CRR, RMR

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000109

Regards,
Mark

--
**Mark Schobinger** | Head of Compensation

--
Nikki Sommer, PHR | HR
nsommer@twitter.com | @nikki2k_

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000110