# EXHIBIT 15

**To:** Lindsay Chapman[lchapman@twitter.com]
**From:** Mark Schobinger[mschobinger@twitter.com]
**Sent:** Thur 2/23/2023 2:10:30 AM (UTC)
**Subject:** Re: PBP

That works. I'll call you tomorrow at 130pm pacific time.

On Wed, Feb 22, 2023 at 8:09 PM Lindsay Chapman <lchapman@twitter.com> wrote:

> 1:30 Pacific?
>
> On Wed, Feb 22, 2023 at 6:07 PM Mark Schobinger <mschobinger@twitter.com> wrote:
>
>> Let me know what time works best and I can call you.
>>
>> On Wed, Feb 22, 2023 at 7:44 PM Lindsay Chapman <lchapman@twitter.com> wrote:
>>
>>> Just realized I didn't respond to this. The white paper is super helpful although I may still need to talk it through with you to ensure I correctly grasp the funding and allocation options. Perhaps we can chat tomorrow or Friday. Thanks!
>>>
>>> On Mon, Feb 13, 2023 at 8:20 AM Mark Schobinger <mschobinger@twitter.com> wrote:
>>>
>>>> Hi Lindsay. I was thinking about the best way to provide you with a summary of how the PBP plan works, and ended up leveraging the white paper I started on the FY22 PBP topic that I've been working on with Lauren/Yabre/Nikki. Below is a link to the document.
>>>>
>>>> This gives you two things - provides an overview of how the plan works, and also presents the FY22 decision points. I did not put in the document the latest FY22 estimates finance provided me. But to underscore how badly we under-performed, FY22 revenue is estimated at [redacted] and EBITDA (profitability) is estimated at [redacted] - and you can see how off-scale low (bad) that is by looking at the funding curves on page 5. This is why I believe exercising discretion and not paying a bonus would be prudent despite the safe harbor nature of the plan. The optics of paying are not good.
>>>>
>>>> In any event, we have approached the point of needing a decision. Reason being anything we do here will be 100% manual, and within the US we need to be conscious of 409A short-term deferrals (avoiding issues by ensuring we pay out the award by mid-March). Not an issue if we don't fund/don't pay. But if we do fund, then keeping the allocation as simple as possible becomes paramount (which is an argument for not differentiating).
>>>>
>>>> https://docs.google.com/document/d/14vRAFAbs2Bt5LpjSB99K5GeDBwkwccIGG17TFLqocKA/edit?usp=sharing
>>>>
>>>> Regards,
>>>> Mark
>>>>
>>>> --
>>>> **Mark Schobinger** | Head of Compensation
>>>
>>> --
>>> **Mark Schobinger** | Head of Compensation
>>
>> --
>> **Mark Schobinger** | Head of Compensation

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

EXHIBIT 22
WIT: Schobinger
DATE: 8.2.24
SHARON ROSS, CSR, CRR, RMR

X-SCHOBINGER_000000133