# EXHIBIT 17

Direct Messages between Stacey Conti and Mark Schobinger on **2023-03-23**



SC

**sconti (Stacey Conti)**

2023-03-23 02:16 AM

Do we know the details of the BOD approved PBP targets this year?

LIndsay and Jared want to add more to the PBP announcement such as:

"According to the plan, the Company needed to generate $X in revenue or EBIDA in 2022. Unfortunately, the Company only generated $X and therefore, the FY22 PBP will not be funded. Performance over FY22 was, however, taken into consideration in the equity awards.

SC

**sconti (Stacey Conti)**

2023-03-23 02:40 AM

Mark was this the final approved PBP plan for FY22. From Comp Committee Minutes

**Screenshot 2023-03-22 at 7.37.56 PM.png**

PNG · 180 KB

https://twitter.enterprise.slack.com/files/W81AX6ATT/F04V9MFAZ34/screenshot_2023-03-22_at_7.37.56_pm.png

**Screenshot 2023-03-22 at 7.38.23 PM.png**

PNG · 199 KB

https://twitter.enterprise.slack.com/files/W81AX6ATT/F04V33ETG5C/screenshot_2023-03-22_at_7.38.23_pm.png

**Screenshot 2023-03-22 at 7.38.35 PM.png**

PNG · 234 KB

https://twitter.enterprise.slack.com/files/W81AX6ATT/F04V9MFJVFC/screenshot_2023-03-22_at_7.38.35_pm.png

SC

**sconti (Stacey Conti)**

2023-03-23 03:00 AM

FYI - looks like they are going to give everyone March 24 vesting commencement date no matter when plans get registered in each country or jurisdiction

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

EXHIBIT 25
WIT: Schobinger
DATE: 8.2.24
SHARON ROSS, CSR, CRR, RMR

X-SCHOBINGER_000000146

MS

**mschobinger (Mark Schobinger)**

2023-03-23 03:22 AM

Yes, those are the funding curves. But let's start another thread with Lindsay on it so I don't have to explain it twice why she shouldn't say it exactly that way.

MS

**mschobinger (Mark Schobinger)**

2023-03-23 03:23 AM

Who is "they" on the equity vesting comment?

MS

**mschobinger (Mark Schobinger)**

2023-03-23 03:28 AM

Starting the clock ticking on March 24 regardless of when the registrations are made assumes all registrations will happen before March 23, 2024 in order to ensure the first vest date of March 24, 2024 happens. If that's what they want to do without consulting, fine. I hope they know more than they seem to on the finance implications and the system implications.

MS

**mschobinger (Mark Schobinger)**

2023-03-23 03:29 AM

Also means the faqs need and award letter need to be re-looked at because we were using language that read something like vesting is over 4 years from grant date which is now being thrown out the door.

MS

**mschobinger (Mark Schobinger)**

2023-03-23 03:45 AM

Ok, I can't copy the pbp wording from one slack to another slack. So here is my feedback on their desire to add more narrative to the pbp…

We've never shared the plan figures with our employees. So telling someone these plan figures will be both foreign and require a tremendous amount of trust that they were not made up. Employees also know the plan has a minimum funding (50%) level. So we could perform terrible but still pay out something. For that reason, I would not cite the plan nor actual numbers.

What most employees gloss over and don't read is that the plan is discretionary meaning it can also pay more or nothing at all. So I'd keep it high level by telling employees we came in x% below our threshold (do the x% on both the revenue and profitability measures) so that it is relative and not absolute $, and then tell them because it was so far under expectations on the low end that discretion (which is permitted under the plan) was applied and the plan was not funded.

MS

**mschobinger (Mark Schobinger)**

2023-03-23 03:53 AM

I would also not say performance over fy22 was taken into consideration in the equity plans for several reasons… not everyone is receiving an equity award, and for those that are, there performance as assess under Twitter 2.0 is what mattered - that's almost literally what we said on those mgr calls. So you could have been told you are performing well/great/exceptional/blah blah blah for 10 months under Twitter 1.0 and not get an equity award. We don't need to soften the pbp impact - it speaks for what it is which is we performed terribly in the short term and as a result there is no short term (bonus) reward. No need to conflate things or make it harder.

MS

**mschobinger (Mark Schobinger)**

2023-03-23 03:54 AM

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000147

If you want to talk live, I'm still up watching ncis Hawai'i.

**MS**

**mschobinger (Mark Schobinger)**

2023-03-23 06:52 PM

are you free where we can do a call with fai? i'm chatting with him over slack, but i dont want to drop in slack why i am asking for final numbers other than they are needed for a pbp comm we are prepping. he needs to know the decision so he can provide the numbers, i just dont want to write that in slack because he added someone else to the thread.

**MS**

**mschobinger (Mark Schobinger)**

2023-03-23 06:52 PM

i'm on a call that should be done in 10 mins, and then could do a call with fai. but its probably better all 3 of us are on the call.

**SC**

**sconti (Stacey Conti)**

2023-03-23 08:07 PM

Hey there. Sorry I was in another meeting. Fai just stopped me. Said Mason is calculating numbers but the numbers really don't support the narrative. He suggests that we don't included numnbers

**SC**

**sconti (Stacey Conti)**

2023-03-23 08:08 PM

Early numbers ▓▓ revenue and ▓▓▓▓ EBIDTA

**U**

**USLACKBOT**

2023-03-23 08:15 PM

**SC**

**sconti (Stacey Conti)**

2023-03-23 08:15 PM

I't me a new compute

**SC**

**sconti (Stacey Conti)**

2023-03-23 08:15 PM

I have to allow in settings give me a sec

**MS**

**mschobinger (Mark Schobinger)**

2023-03-23 08:16 PM

k

**SC**

**sconti (Stacey Conti)**

2023-03-23 08:16 PM

meet

**MS**

**mschobinger (Mark Schobinger)**

2023-03-23 08:16 PM

k

SC

**sconti (Stacey Conti)**

2023-03-23 08:16 PM

back to connect

SC

**sconti (Stacey Conti)**

2023-03-23 08:17 PM

https://meet.google.com/pzr-pipv-hhn?authuser=0
Real-time meetings by Google. Using your browser, share your video, desktop, and presentations with teammates and customers.
Meet
https://meet.google.com/pzr-pipv-hhn?authuser=0

MS

**mschobinger (Mark Schobinger)**

2023-03-23 08:41 PM

is it the box folder "2. Closing Items" you want me to use? and then, which folder under that?

MS

**mschobinger (Mark Schobinger)**

2023-03-23 08:41 PM

or is it a different one?

SC

**sconti (Stacey Conti)**

2023-03-23 08:46 PM

Exec RSU Grants https://drive.google.com/drive/folders/1xPdFtRfHQzAS7V38PkGbvMhFDiB3MoUH

MS

**mschobinger (Mark Schobinger)**

2023-03-23 08:53 PM

ok, just dropped all the files in that drive

SC

**sconti (Stacey Conti)**

2023-03-23 09:06 PM

THANK YOU!

SC

**sconti (Stacey Conti)**

2023-03-23 10:14 PM

Mark, what does the color coding mean? Red we don't have the awards right?

SC

**sconti (Stacey Conti)**

2023-03-23 10:14 PM

what is yello

MS

**mschobinger (Mark Schobinger)**

2023-03-23 10:28 PM

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000149

Sorry, I forgot to give you that description

**MS**

**mschobinger (Mark Schobinger)**

2023-03-23 10:30 PM

In the award id cell:
- yellow means we have it and included the award statement
- red means we don't have it
- green means you can ignore all together because we terminated them long ago and they aren't part of the dispute

**SC**

**sconti (Stacey Conti)**

2023-03-23 10:33 PM

Thank you

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000150