MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
600 Anton Blvd., Ste. 1800
Costa Mesa, CA 92626-7653
Tel:    +1.714.830.0435
Fax:    +1.714.830.0700

Attorneys for Defendant
X CORP. f/k/a TWITTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-03007-VC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:      October 3, 2024<br>Time:     10:00 a.m.<br>Judge:    Hon. Vince Chhabria |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

RJN ISO OPPO. TO MOTION FOR CLASS
CERTIFICATION
CASE NO. 3:23-cv-03007-VC

**<u>REQUEST FOR JUDICIAL NOTICE</u>**

In accordance with Federal Rule of Evidence 201, Defendant X Corp., on its own behalf and as successor in interest to Twitter, Inc. ("Defendant" or the "Company"), respectfully requests that this Court take judicial notice of Exhibits 1 and 2 attached to this Request for Judicial Notice ("RJN"), submitted in connection with Defendant's Opposition to Plaintiff's Motion for Class Certification.

Rule 201 allows a court to take judicial notice of facts that are "not subject to reasonable dispute" because they are either (1) "generally known within the trial court's territorial jurisdiction" or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018) ("A court may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment.") (quoting *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001)). The Court "must take judicial notice if a party request it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

This Court can take judicial notice of Exhibits 1 and 2 to this RJN because court orders and filings are the type of documents that are properly noticed under Rule 201. *See Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007) (recognizing district court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue"); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice "of several other pleadings, memoranda, expert reports, etc." from related litigation because they are "matters of public record"); *Neilson v. Union Bank of Cal.*, 290 F. Supp. 2d 1101, 1112-14 (C.D. Cal. 2003) (granting judicial notice of court orders and civil minutes, including the "existence and legal effect of the documents").

Accordingly, Defendant hereby requests that this Court take judicial notice of the following documents:

1. **<u>Exhibit 1</u>** to this RJN is a true and correct copy of the Order Re Arbitration (ECF

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

RJN ISO OPPO. TO MOTION FOR CLASS
CERTIFICATION
CASE NO. 3:23-cv-03007-VC

1    No. 52) filed on January 13, 2023, in *Cornet, et al. v. Twitter, Inc.*, Case No. 3:22-cv-06857-JD,

2    filed in the United States District Court for the Nothern District of California.

3        2.    **Exhibit 2** to this RJN is a true and correct copy of the Order Granting Motion to

4    Compel Arbitration and Granting Motion to Dismiss (ECF No. 35) filed on May 5, 2023, in

5    *Borodaenko, et al. v. Twitter, Inc.*, Case No. 22-cv-07226-HSG, filed in the United States District

6    Court for the Nothern District of California.

7

8    Dated: September 16, 2024           MORGAN, LEWIS & BOCKIUS LLP

9                               By:  */s/ Brian D. Berry*
                                 Eric Meckley

10                                    Brian D. Berry
                               Ashlee Cherry

11                                  Kassia Stephenson
                               Attorneys for Defendant

12                                  X CORP. f/k/a TWITTER, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3    RJN ISO OPPO. TO MOTION FOR CLASS
CERTIFICATION
CASE NO. 3:23-cv-03007-VC