# EXHIBIT 1

(Excerpts from the Deposition of Ned Segal)