# EXHIBIT 2

(Email to Twitter Managers)