# EXHIBIT 3

(Excerpts from the Deposition of Mark Schobinger)