SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice*)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:    (617) 994-5801

Attorneys for Plaintiff
MARK SCHOBINGER

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendant
X CORP. as Successor in Interest to
TWITTER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-03007-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Plaintiff Mark Schobinger ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiff and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the hearing on Plaintiff's Motion for Class Certification is currently set to occur in-person on October 3, 2024 at 10:00 a.m.  *See* Dkt. 74.

WHEREAS, Shannon Liss-Riordan intends to argue the Motion for Class Certification on behalf of Plaintiff and is based in Boston, Massachusetts.

WHEREAS, Jonathan Lotsoff intends to argue the Motion for Class Certification on behalf of Defendant and is based in Chicago, Illinois.

WHEREAS, in light of counsels' respective locations, Defendant asked Plaintiff whether Plaintiff was amenable to having the hearing on the Motion for Class Certification proceed remotely via Zoom.

WHEREAS, the Parties have conferred and agreed to conduct the oral argument on the Motion for Class Certification remotely via Zoom.

WHEREAS, the Parties agree to reschedule the hearing on Plaintiff's Motion for Class Certification for October 3, 2024 from 10:00 a.m. to 2:00 p.m., in accordance with the Court's hearing calendar.

NOW, THEREFORE, the Parties hereby stipulate as follows, subject to the Court's consideration and approval:

1. The hearing on Plaintiff's Motion for Class Certification shall proceed remotely via Zoom on Thursday, October 3, 2024 at 2:00 p.m.

**IT IS SO STIPULATED.**

MARK SCHOBINGER

By his attorneys,

Dated:  September 25, 2024

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.

1

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
Case No. 3:23-cv-03007-VC

                        729 Boylston Street, Suite 2000
                        Boston, MA 02116
                        (617) 994-5800
                        email: sliss@llrlaw.com; bmanewith@llrlaw.com

                        X CORP. as successor in interest to
                        TWITTER, INC.

                        By its attorneys,

Dated: September 25, 2024          */s/ Brian D. Berry*
                        Brian D. Berry, SBN 229893
                        MORGAN, LEWIS, & BOCKIUS LLP
                        One Market, Spear Street Tower
                        San Francisco, CA 94105
                        (415) 442-1000
                        email: brian.berry@morganlewis.com

### **[PROPOSED] ORDER**

      Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that the hearing on Plaintiff's Motion for Class Certification shall proceed remotely via Zoom on October 3, 2024, at 2:00 p.m.

Dated: _____        _____
                                                      HONORABLE VINCE CHHABRIA
                                                        UNITED STATES DISTRICT JUDGE

2                        STIPULATION AND [PROPOSED] ORDER
                           REGARDING HEARING ON PLAINTIFF'S
                           MOTION FOR CLASS CERTIFICATION
                               Case No. 3:23-cv-03007-VC