# EXHIBIT 3

**Learn more about** `LSEG`

 

My News

Litigation | Compensation | Worker Rights

# Twitter violated contract by failing to pay millions in bonuses, US judge rules

By **Kanishka Singh**

December 26, 2023 3:12 PM EST · Updated 9 months ago

  



The new logo of Twitter is seen in this illustration taken, July 24, 2023. REUTERS/Dado Ruvic/Illustration/File Photo Purchase Licensing Rights

WASHINGTON, Dec 22 (Reuters) - Twitter violated contracts by failing to pay millions of dollars in bonuses that the social media company, now called X Corp, had promised its employees, a federal judge ruled on Friday.

Mark Schobinger, who was Twitter's senior director of compensation before leaving Elon Musk's company in May, sued Twitter in June, claiming breach of contract.

Schobinger's suit alleged that before and after billionaire Musk bought Twitter last year, it promised employees 50% of their 2022 target bonuses but never made those payments.

In denying Twitter's motion to dismiss the case, U.S. District Judge Vince Chhabria ruled that Schobinger plausibly stated a breach of contract claim under California law and he was covered by a bonus plan.

"Once Schobinger did what Twitter asked, Twitter's offer to pay him a bonus in return became a binding contract under California law. And by allegedly refusing to pay Schobinger his promised bonus, Twitter violated that contract," the judge wrote.

Advertisement · Scroll to continue

X no longer has a media relations office. The company did not immediately respond to a request for comment to its X account outside business hours.

Twitter's lawyers argued that the company made only an oral promise that was not a contract, and that Texas law should govern the case, according to Courthouse News, which first reported the ruling. The judge ruled that California law governed the case and that "Twitter's contrary arguments all fail."

Advertisement · Scroll to continue

X has been hit with numerous lawsuits by former employees and executives since Musk bought the company and culled more than half of its workforce.

The lawsuits make a range of claims, including that X discriminated against older employees, women and workers with disabilities, and failed to give advance notice of mass layoffs. The company denies wrongdoing.

> Jumpstart your morning with the latest legal news delivered straight to your inbox from The Daily Docket newsletter. Sign up here.

Reporting by Kanishka Singh in Washington; Editing by William Mallard

Our Standards: **The Thomson Reuters Trust Principles.**

Purchase Licensing Rights



**Kanishka Singh**
Thomson Reuters

Kanishka Singh is a breaking news reporter for Reuters in Washington DC, who primarily covers US politics and national affairs in his current role. His past breaking news coverage has spanned across a range of topics like the Black Lives Matter movement; the US elections; the 2021 Capitol riots and their follow up probes; the Brexit deal; US-China trade tensions; the NATO withdrawal from Afghanistan; the COVID-19 pandemic; and a 2019 Supreme Court verdict on a religious dispute site in his native India.

