# EXHIBIT 4

**LIVE:** White House holds briefing after President Biden tours Hurricane Helene damage, port workers strike deal

**TRENDING:** KAMALA HARRIS US JOBS REPORT BENJAMIN NETANYAHU ISRAEL-IRAN SP

COURT BATTLES

# Judge rules Twitter, now X, breached contract by blocking millions of pay bonuses

BY NICK ROBERTSON - 12/23/23 4:20 PM ET





AP Photo/Rick Rycroft

*The opening page of X is displayed on a computer and phone in Sydney, Monday, Oct. 16, 2023. Australia's online safety watchdog has fined X, formerly known as Twitter, $385,000 for failing to explain how it tackles child sexual exploitation on the social media platform. (AP Photo/Rick Rycroft)*

A federal judge ruled Friday that Twitter, now known as X, breached its contract with employees when it failed to pay millions in promised bonuses last year.

The company promised employees half of their potential bonuses both before and after tech billionaire Elon Musk purchased the company in 2022, but never paid, according to the suit.

ADVERTISEMENT

"Once Schobinger did what Twitter asked, Twitter's offer to pay him a bonus in return became a binding contract under California law," District Judge Vince Chhabria wrote in the opinion.

"And by allegedly refusing to pay Schobinger his promised bonus, Twitter violated that contract," he added.

The company argued that the bonus agreement was merely an oral promise and should not have to be paid per Texas law.

Chhabria, instead, held the company to California law, which establishes that the agreement was legally binding.

**Sign up for the Morning Report**

The latest in politics and policy. Direct to your inbox.

Email address  **SUBSCRIBE**

By signing up, I agree to the Terms of Use, have reviewed the Privacy Policy, and to receive personalized offers and communications via email, on-site notifications, and targeted advertising using my email address from The Hill, Nexstar Media Inc., and its affiliates

"Twitter's contrary arguments all fail," Chhabria wrote.

ADVERTISEMENT

X has faced multiple legal battles since Musk took over the company last year, including other fights on compensation, wrongful termination and discrimination claims.

TAGS  ELON MUSK   TWITTER   VINCE CHHABRIA   X

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

## SPONSORED CONTENT

Privacy Policy

**Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack**
Online Shopping Tools | Sponsored

**Millions of Americans Are Canceling Cable TV Because of This Smart Device**
WaveMaxPro | Sponsored

Click Here