# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

HAROLD L. LICHTEN×
SHANNON LISS-RIORDAN×∆◊
SARAH SCHALMAN-BERGEN■
MATTHEW W. THOMSON×
THOMAS P. FOWLER×◊
BRADLEY MANEWITH•
KRYSTEN CONNON^■
JEREMY ABAY^■◊
OLENA SAVYTSKA×
_____
MATTHEW CARRIERI×
JACK BARTHOLET×
TREVOR BYRNE×
BENJAMIN J. WEBER× OF COUNSEL

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116
_____

TELEPHONE  617-994-5800
FACSIMILE  617-994-5801

WWW.LLRLAW.COM
_____

× ADMITTED IN MASSACHUSETTS
∆ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
■ ADMITTED IN PENNSYLVANIA
• ADMITTED IN ILLINOIS
^ ADMITTED IN NEW JERSEY
♦ ADMITTED IN CONNECTICUT

October 11, 2024

**VIA ECF**
Hon. Vince Chhabria
United States District Court
Northern District of California
San Francisco Courthouse, Courtroom 4 – 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

RE: Schobinger v. Twitter, Inc., C.A. No. 23-cv-03007-VC

Dear Judge Chhabria:

I am writing regarding last week's hearing in this case. Your comments questioning Mr. Schobinger's truthfulness at his deposition have been picked up by the media, are being used by Twitter in arbitrations we are pursuing on unrelated issues, and have caused Mr. Schobinger a great deal of stress.

I ask that you please consider additional portions of his deposition that I tried to explain to you during the hearing. In his deposition, Mr. Schobinger explained repeatedly that he understood the bonus to have already been promised to employees. He also explained, in response to questioning by Twitter's lawyer, that he had repeatedly told Twitter's new head of human resources that the bonus had already been promised and should be paid out, but that she had instructed him to put in writing a "contrarian memo" making the case for not paying the bonus. He further explained that, from an investor viewpoint, it was his opinion that it was not "good optics" to pay out a bonus given the company's finances, but that as an employee he "100%" expected the bonus to be paid, since it had already been promised to be paid. I am attaching here these excerpts of his deposition (some of which were attached to our reply brief).

There is no indication that Mr. Schobinger was not fully truthful in his deposition. Whether or not you believe he can serve as a class representative, I ask that the record be cleared on this point. As explained in our reply, his behind-the-scenes knowledge of what was being said behind closed doors regarding the bonus could be helpful to the class, but we understand if you disagree on that point. I just ask that you please clear the record to take back comments suggesting that you believed him not to be truthful

LICHTEN & LISS-RIORDAN, P.C.

(based on arguments submitted by Twitter that did not take into account these other excerpts from his deposition).

    Thank you for your consideration.

                                      Sincerely,

                                      /s/ Shannon Liss-Riordan

                                      Shannon Liss-Riordan

LICHTEN & LISS-RIORDAN, P.C.