MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
600 Anton Blvd., Ste. 1800
Costa Mesa, CA 92626-7653
Tel:   +1.714.830.0435
Fax:   +1.714.830.0700

Attorneys for Defendant
X CORP. f/k/a TWITTER, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants., | Case No. 3:23-cv-03007-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
ADMIN MOTION TO SEAL
CASE NO. 3:23-CV-03007-VC

**[PROPOSED] ORDER**

The Court, having considered the papers submitted by Defendant X Corp., on its own behalf and as successor-in-interest to Twitter, Inc. ("Defendant" or "X Corp."), in support of Defendant's request to seal certain material in response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion"), the Court **GRANTS** the Motion in its entirety.

The Court orders that portions of Exhibits 6, 7, 9, 10, 11, and 12 filed in support of Plaintiff's Motion for Class Certification shall be sealed as follows:

| Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Financial information and competitively sensitive information on the page Bates labeled X-SCHOBINGER_00000067 in Exhibit 6. | Gilbert Declaration, ¶¶ 6, 12-13. | |
| Financial information and competitively sensitive information on the page Bates labeled X-SCHOBINGER_00000074 in Exhibit 7. | Gilbert Declaration, ¶¶ 7, 12-14. | |
| Financial information and competitively sensitive information on the page Bates labeled X-SCHOBINGER_00000093 in Exhibit 9. | Gilbert Declaration, ¶¶ 8, 12-13. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING
ADMIN MOTION TO SEAL
CASE NO. 3:23-CV-03007-VC

| Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Financial information and competitively sensitive information on the page Bates labeled X_ARBS_000074908-74910 in Exhibit 10. | Gilbert Declaration, ¶¶ 9, 12-13. | |
| Competitively sensitive information on the page Bates labeled X_ARBS_000055915-55918 in Exhibit 11. | Gilbert Declaration, ¶¶ 10, 12-13. | |
| Financial information and competitively sensitive information on the page Bates labeled X_ARBS_000034073 in Exhibit 12. | Gilbert Declaration, ¶¶ 11, 12-13. | |

**IT IS SO ORDERED**.

Dated: _____        _____
                                    HONORABLE VINCE CHHABRIA
                                    UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING
ADMIN MOTION TO SEAL
CASE NO. 3:23-CV-03007-VC