MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendant
X CORP. as Successor in Interest to
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-03007-VC<br><br>**DEFENDANT'S FILING OF REDACTED EXHIBITS PURSUANT TO JUDGE VINCE CHHABRIA'S ORDER AT DOCKET NO. 106 PARTIALLY GRANTING ITS ADMINISTRATIVE MOTION TO SEAL MATERIAL FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 49489467.1

DEFENDANT'S FILING OF REDACTED
EXHIBITS TO PLAINTIFF'S MTN FOR
CLASS CERT
CASE NO. 3:23-cv-03007-VC

Pursuant to this Court's Order dated October 24, 2024 (ECF 106) partially granting Defendant X Corp. as successor-in-interest to Twitter, Inc.'s Administrative Motion to Seal Material Filed in Support of Plaintiff's Motion for Class Certification, Defendant hereby submits redacted Exhibits 6, 7, 9, 10, 11, and 12 to Plaintiff's Motion for Class Certification (ECF 75).

Dated: October 31, 2024         MORGAN, LEWIS & BOCKIUS LLP

                                By  /s/ Eric Meckley
                                    Eric Meckley
                                    Ashlee N. Cherry
                                    Kassia Stephenson

                                Attorneys for Defendant
                                X CORP. as Successor in Interest to TWITTER, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 49489467.1

1

DEFENDANT'S FILING OF REDACTED EXHIBITS TO PLAINTIFF'S MTN FOR CLASS CERT
CASE NO. 3:23-cv-03007-VC