# EXHIBIT 6



Sean Edgett <sedgett@twitter.com>

## Twitter Compensation Committee Consent - Please Review and Respond [PBP Adjustment and RSU Grants]
4 messages

**Sean Edgett** <sedgett@twitter.com>                                                                Thu, Jul 14, 2022 at 4:08 PM
To: Martha Lane Fox <Martha@marthalanefox.com>, David Rosenblatt <drosenblatt@1stdibs.com>, Fei-Fei Li <feifeili@cs.stanford.edu>
Cc: Parag Agrawal <paraga@twitter.com>, Dalana Brand <dbrand@twitter.com>, Courtney Paul <cpaul@twitter.com>, Mark Schobinger <mschobinger@twitter.com>, Ned Segal <nedsegal@twitter.com>

Dear Compensation Committee Members,

Since the Board approved our 2022 Plan in January, we have felt significant disruption in our revenue, driven by Ukraine, supply chain constraints, inflation concerns, the pending acquisition and the buyer's unfounded allegations about spam, and various brand safety concerns from shootings and political issues across the globe. As you will recall, during the January comp committee meeting we cited some of these concerns as a reason to review the targets mid-year and discuss if any adjustments would be warranted. We accrued our general population and staff bonus at 97% in Q1. We share this quarterly when we report our quarter and update employees on our performance to minimize surprise at the end of the year. We plan to report as soon as July 22. When we do, absent any adjustment, we would announce the accrual is now at the floor of 50% for the general population and 50% for Staff, capped at the same rate as the company Performance Bonus Plan.

The bonus payment is split 50% company performance and 50% individual performance. We respectfully request the comp committee consider holding the company portion at the calculated amount, given the many issues listed above that are beyond individuals' control, we request the individual portion be increased to 90% of total for the remainder of the year. This would mean that rather than 100% of the total pool, we would have 70% of the total pool (keeping 50% of company, but increasing the 50% individual to 90% = 70% of 100%), allowing differentiation, paying top performers as much as a full bonus, and others 50% or less. If we are able to announce this along with earnings next week we believe there is meaningful benefit for our top performers. For reference, each point of PBP is ██████, so this is a ██████ request relative to our Plan. We do not recommend making this adjustment for Staff, for whom the bonus accrual does not have a floor and is currently at 60%.

██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Otherwise, please respond to this email with "Approved" if you approve of the resolutions below.

Thank you,
Sean

*Resolutions for Approval - if you respond "APPROVED" or any emoji indicating support to this email, the following resolutions of the Compensation Committee of the Twitter Board of Directors will be approved:*

**2022 Performance Bonus Plan Adjustment**

RESOLVED, that the minimum funding for the individual component of the Company's 2022 Performance Bonus Plan be, and hereby is, set at 70% (instead of 50%) for 2022.

RESOLVED, that such change in minimum funding shall be subject to any consents required under the Agreement and Plan of Merger by and among X Holdings I, Inc., X Holdings II, Inc. and Twitter, Inc. dated as of April 25, 2022, and the officers of the Company are hereby authorized and directed to seek any such consents.

████████████████████████████████████████████████████████████

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000067



**David Rosenblatt** <drosenblatt@1stdibs.com>   Thu, Jul 14, 2022 at 5:44 PM
To: Sean Edgett <sedgett@twitter.com>
Cc: Martha Lane Fox <Martha@marthalanefox.com>, Fei-Fei Li <feifeili@cs.stanford.edu>, Parag Agrawal <paraga@twitter.com>, Dalana Brand <dbrand@twitter.com>, Courtney Paul <cpaul@twitter.com>, Mark Schobinger <mschobinger@twitter.com>, Ned Segal <nedsegal@twitter.com>

approved
[Quoted text hidden]
--

David Rosenblatt
CEO
DROSENBLATT@1STDIBS.COM

1stDIBS

---

**Martha Lane Fox** <Martha@marthalanefox.com>   Thu, Jul 14, 2022 at 10:11 PM
To: Sean Edgett <sedgett@twitter.com>
Cc: David Rosenblatt <drosenblatt@1stdibs.com>, Fei-Fei Li <feifeili@cs.stanford.edu>, Parag Agrawal <paraga@twitter.com>, Dalana Brand <dbrand@twitter.com>, Courtney Paul <cpaul@twitter.com>, Mark Schobinger <mschobinger@twitter.com>, Ned Segal <nedsegal@twitter.com>

Approved
M

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000068

On 15 Jul 2022, at 00:08, Sean Edgett <sedgett@twitter.com> wrote:

[Quoted text hidden]



**Fei-Fei Li** <feifeili@cs.stanford.edu>  Fri, Jul 15, 2022 at 12:58 AM
To: Martha Lane Fox <Martha@marthalanefox.com>
Cc: Courtney Paul <cpaul@twitter.com>, Dalana Brand <dbrand@twitter.com>, David Rosenblatt <drosenblatt@1stdibs.com>, Mark Schobinger <mschobinger@twitter.com>, Ned Segal <nedsegal@twitter.com>, Parag Agrawal <paraga@twitter.com>, Sean Edgett <sedgett@twitter.com>


[Quoted text hidden]
--
-------------------------------------------------------------------------------------------------------------------
Li, Fei-Fei Ph.D.
(publish using the name L. Fei-Fei)

Sequoia Professor of Computer Science, Stanford University
Denning Family Co-Director, Stanford Institute for Human-Centered AI (HAI), Stanford University
Cofounder & Chairperson, AI4ALL (ai-4-all.org)

URL: http://svl.stanford.edu
-------------------------------------------------------------------------------------------------------------------

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000069