# EXHIBIT 7

**To:** team@twitter.com[team@twitter.com]
**Cc:** Dalana Brand[dbrand@twitter.com]
**From:** Ned Segal[nedsegal@twitter.com]
**Sent:** Fri 8/19/2022 1:42:20 PM (UTC)
**Subject:** Re: Q2 '22 Earnings Recap and link to recording

Team,
Due to deal-related matters, we did not yet have a complete answer in July around PBP accrual, but we are now able to provide more clarity. As a reminder, the bonus pool is calculated based on our performance against annual, Board-approved revenue and profitability goals, and is intended to ensure that employees are rewarded based on Twitter's performance. **Based on our Q2 performance, the 2022 total bonus pool is now tracking to 50%.**
Since the Board approved our 2022 Performance Bonus Plan in January, we have experienced significant challenges to our revenue—some specific to Twitter and the pending acquisition, and some tied to our industry and the broader global economy. We have adjusted quickly to address these challenges - reducing expense growth by limiting our hiring, re-evaluating our real estate footprint to better reflect the current environment, and appropriately reducing 2022 expenses related to contractor, marketing, infrastructure, and other items. Unfortunately, this is not enough to offset the challenges we have experienced to revenue. We have put together this FAQ to answer additional questions you might have.
I'm sure this is frustrating to read on many levels. I want to thank you for your focus as we move through this together, as our work has never been more important (or more challenging!). Many of you are going to extraordinary efforts to navigate this environment, and we are excited about the future of our business.
Ned

On Fri, Jul 22, 2022 at 11:56 AM Ned Segal <nedsegal@twitter.com> wrote:

Team,
Thank you to everyone who joined us today for our Q2 2022 Earnings all hands.
If you weren't able to join, we recorded it for you and captured the highlights below:

- Average mDAU was [redacted] and [redacted] year over year, driven by ongoing product improvements and global conversation around current events.
    - US mDAU grew [redacted] and [redacted] year over year!
- Q2 revenue was [redacted] (excluding MoPub and CrossInstall).
    - Ads revenue grew [redacted], or [redacted] on a constant currency basis.
- Q2 adjusted EBITDA was [redacted] margin.

- We do not have an update on PBP accrual right now due to the ongoing acquisition; we know this visibility is important to you and we will report back as soon as practical.

A couple notes to keep in mind:

1. Check in on how we're doing on our company OKRs for 2022 (Objectives + Key Results).
2. The trading window will open on Monday, July 25 at 6:30am PT and will close on Wednesday, August 31 at 1:00pm PT. Please remember you are not allowed to trade Twitter stock if you have material nonpublic information. Not sure? Please review our Insider Trading Policy for additional information. For all other questions, visit go/Equity.

Thank you for all you do.
Ned
--

Ned Segal
Chief Financial Officer

nedsegal@twitter.com | @nedsegal

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000074