# EXHIBIT 9

**To:**       Fai Cheung[fcheung@twitter.com]
**From:**    Jared Birchall[jbirchall@twitter.com]
**Sent:**     Fri 3/17/2023 5:14:05 PM (UTC)
**Subject:**   Re: Accounting Year End Close - Qestions

Can't we use the 409a that was already executed for these grants? Given that a 409a is good for 12 months.

On Fri, Mar 17, 2023 at 11:03 AM Fai Cheung <fcheung@twitter.com> wrote:

> Hi Jared,
>
> Given the new update on compensation.  The PBP is cancelled, Accounting will reverse the accrual and expense in FY22.  The new equity grant will be expensed as they vest starting from FY23.
>
> For accounting purposes, assuming equity plans get approved in May 23, we will get a 409A valuation as of 3.31.23 and use that price for accounting and tax purposes.
>
>
> Regards,
>
> Fai
>
>
>
> On Thu, Jan 5, 2023 at 6:30 PM Jared Birchall <jbirchall@twitter.com> wrote:
>
>> Actually pause on #2, I will call you in a few minutes.
>>
>> On Thu, Jan 5, 2023 at 6:22 PM Jared Birchall <jbirchall@twitter.com> wrote:
>>
>>> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>>>
>>> 2) No
>>> 3) Let's discuss
>>>
>>>
>>> On Wed, Jan 4, 2023 at 7:45 AM Fai Cheung <fcheung@twitter.com> wrote:
>>>
>>>> Hi Jared,
>>>> We are doing the year-end close and there are a few things that we need confirmation on so we can probably reflect the numbers in accordance with Accounting rules.
>>>>
>>>> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>>>>
>>>> 2) For the FY22 compensation, non-sales employees have the PBP - Performance Bonus Plan, which is supposed to be paid out in March 2023 at the floor 50% of the bonus %.  The accrual is approx. ▮▮▮▮▮ Do we still plan to pay that, if not we will release the accrual?
>>>>
>>>> 3) Hiring new headcounts to replace some critical roles.  We requested to hire a new head of tax person since we do not have someone with tax expertise left and hire two HC for the Payroll team after all 5 left in early December.  We are using consultants for payroll now.  HR informed us that all HC are waiting for Elon to approve.  Wanted to confirm if we still plan to hire these HC or if we need to work on extending the consultants since the payroll contract will expire in early Feb.
>>>>
>>>> --

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Best Regards,



**Fai Cheung |** VP, Corporate Controller
Pronouns (He/Him) | San Francisco, CA
Follow me @FaiC


--
--
Best Regards,

**Fai Cheung |** VP, Corporate Controller
Pronouns (He/Him) | San Francisco, CA
Follow me @FaiC

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

X-SCHOBINGER_000000094