# EXHIBIT 10



# Severance Matrix

*Attorney-Client Privileged + Confidential*

*This documentation is for initial planning purposes only. Any final plans and implementation decisions are subject to Twitter's decision making governance procedures and, where applicable, Twitter first satisfying any other applicable legal obligations.*

**Severance Matrix - current as of October 2022**
- Approved in 2019 by Dalana Brand in consultation with Mary Hansbury & Mark Schobinger
- clarified in 2020 to treat OTE like base pay for SIP employees (instead of like PBP)

Redacted - Privileged

| Component | Sales/ Non-Sales | Redundancy | Mutual | Performance (PIP or Package) | Performance w/ Legal Risk |
|---|---|---|---|---|---|
| Base (or OTE for SIP employees) | Both | | | | |
| Short-Term Incentive - PBP | Non-Sales | | | | |

1



# Severance Matrix

*Attorney-Client Privileged + Confidential*
*This documentation is for initial planning purposes only. Any final plans and implementation decisions are subject to Twitter's decision making governance procedures and, where applicable, Twitter first satisfying any other applicable legal obligations.*

| Component | Sales/ Non-Sales | Redundancy | Mutual | Performance (PIP or Package) | Performance w/ Legal Risk |
|---|---|---|---|---|---|
| Long-Term Incentive (Equity) | Both | | | | |
| Health Benefits | Both | | | | |
| Outplacement | Both | | | | |
| BRG Lead Bonus | Both | | | | |

2



# Severance Matrix

*Attorney-Client Privileged + Confidential*

*This documentation is for initial planning purposes only. Any final plans and implementation decisions are subject to Twitter's decision making governance procedures and, where applicable, Twitter first satisfying any other applicable legal obligations.*

**Additional Approved Severance Scenarios**

**"Covid Compassion" Severance - since April 2020, temporary program.**
Severance use case for performance related exits that do not fit in one of the categories as defined in the matrix and where there is no legal risk. Gross misconduct terminations are not generally eligible.
Framework:
- ███████████████████████████████
- ███████████████████████████████

**ANS Offer Rescission payments** - the following severance is approved for ANS rescinds (global)
- ███████████████████████████████

# Redacted - Privileged

3