# EXHIBIT 11

# Master Roster Dashboard

**Current Employment Status**

- Work Location
- Job Category
- Job Profile
- Current Org
- Work Country
- WD Term Date

## Headcount by Office Location

| Work Country | Work Location | Twitter 2.0 | Resignation... | Nov 4 RIF | Nov 20 RIF... | Nov 20 RIF | Holding Pen | Delayed Op... | Dec 22 RIF (... | Grand total |
|---|---|---|---|---|---|---|---|---|---|---|
| United States | US - CA - San Francisco | | | | | | | | | |
| | US - NY - New York City | | | | | | | | | |
| | US - WA - Seattle | | | | | | | | | |
| | US - CA - Remote | | | | | | | | | |
| | US - CA - Los Angeles | | | | | | | | | |
| | US - CA - San Jose | | | | | | | | | |
| | US - TX - Remote | | | | | | | | | |
| | US - CO - Boulder | | | | | | | | | |
| | US - GA - Atlanta | | | | | | | | | |
| | US - MA - Boston | | | | | | | | | |
| Grand total | | | | | | | | | | |

## Headcount Change Summary

(Bar chart: 0 to 8K, categories: Subtotal, Twitter 2.0, Resignation, Nov 4 RIF, Nov 20 RIF, Nov 20 RIF, Holding Pen, Delayed Op, Dec 22 RIF, Dec 22 RIF, Dec 16 RIF, Dec 16 RIF, Jan 6 RIF, Jan 5 RIF, Feb 18 RIF, Feb 17 RIF, Active)

## Twitter 2.0 Opt-In Summary

| (CF) Opt In for Twitter 2.0 | Record Count |
|---|---|
| Yes | |
| Not Applicable | |
| No | |
| Grand total | |

## Nov 4 RIF Impacted Summary

| Impacted by Nov 4 RIF, Selected = ... | Record Count |
|---|---|
| Not Selected | |
| Selected | |
| Selected -11/4- Term | |
| Selected -Pre 11/4 Term | |
| Grand total | |

## Original Org & Employment Status Summary

| Original Org Name (1O... | Twitter 2.0 | Resignation... | Nov 4 RIF | Nov 20 RIF ... | Nov 20 RIF | Jan 6 RIF | Jan 5 RIF | Holding Pen | Feb 18 RIF | Grand total |
|---|---|---|---|---|---|---|---|---|---|---|
| Bluebird & Goldbird | | | | | | | | | | |
| Redbird | | | | | | | | | | |
| Customers | | | | | | | | | | |
| Counsel | | | | | | | | | | |
| People | | | | | | | | | | |
| Finance | | | | | | | | | | |
| Marketing (ex. Marke... | | | | | | | | | | |
| Grand total | | | | | | | | | | |

## Current Org & Employment Status Summary

| Current Org Name | Twitter 2.0 | Resignation... | Nov 4 RIF | Nov 20 RIF ... | Nov 20 RIF | Jan 6 RIF | Jan 5 RIF | Holding Pen | Feb 18 RIF | Grand total |
|---|---|---|---|---|---|---|---|---|---|---|
| Vulnerability Manage... | | | | | | | | | | |
| Superior Legal Privacy... | | | | | | | | | | |
| Revenue Product Spec... | | | | | | | | | | |

CONFIDENTIAL

X_ARBS_000055915

Powered by People Systems and Analytics





[redacted]ered [redacted]eopl[redacted]stem[redacted]d Ana[redacted]cs

# Master Roster Dashboard

Cur[redacted]loyment S[redacted]

Work Location

Job Category

Job Profile

Current Org

Work Country

WD Term Date

[redacted]

## Nov 4 RIF & Location Summary

| Work Location | Not Selected | Selected | Selected - 11/4+ Ter... | Selected - Pre 11/4 ... | null | selected | Grand total |
|---|---|---|---|---|---|---|---|
| US - WI - Remote | [redacted] | | | | | | |
| US - WA - Seattle | | | | | | | |
| US - WA - Remote | | | | | | | |
| US - VT - Remote | | | | | | | |
| US - VA - Remote | | | | | | | |
| US - UT - Remote | | | | | | | |
| US - TX - Remote | | | | | | | |
| Grand total | | | | | | | |

## Nov 4 RIF & Level Summary

| Global Job Level | selected | Selected - Pre 11/4 Term | Selected - 11/4+ Term | Selected | Not Selected | null | Grand total |
|---|---|---|---|---|---|---|---|
| 17 | [redacted] | | | | | | |
| 12 | | | | | | | |
| 11 | | | | | | | |
| 10 | | | | | | | |
| 9 | | | | | | | |
| 8 | | | | | | | |
| 7 | | | | | | | |
| Grand total | | | | | | | |

## Twitter 2.0 Opt In/Out & Location Summary

| Work Location | No | Yes | Not Applicable | Grand total |
|---|---|---|---|---|
| US - WI - Remote | [redacted] | | | |
| US - WA - Seattle | | | | |
| US - WA - Remote | | | | |
| US - VT - Remote | | | | |
| US - VA - Remote | | | | |
| US - UT - Remote | | | | |
| US - TX - Remote | | | | |
| Grand total | | | | |

## Twitter 2.0 Opt In/Out & Level Summary

| Global Job Level | Yes | Not Applicable | No | Grand total |
|---|---|---|---|---|
| 17 | [redacted] | | | |
| 12 | | | | |
| 11 | | | | |
| 10 | | | | |
| 9 | | | | |
| 8 | | | | |
| 7 | | | | |
| Grand total | | | | |

## Country & Employment Status Summary

| | | | | | | [redacted]rent Emp[redacted] | [redacted]Status / R[redacted] | [redacted]unt |
|---|---|---|---|---|---|---|---|---|
| Work Country | Twitter 2.0 Opt Out | Resignation/Inv... | Nov 4 RIF | Nov 20 RIF (Pen... | Nov 20 RIF | Jan 6 RIF | Jan 5 RIF | Grand total |
| United States of America | [redacted] | | | | | | | |
| United States | | | | | | | | |
| United Kingdom | | | | | | | | |
| United Arab Emirates | | | | | | | | |
| Switzerland | | | | | | | | |
| Spain | | | | | | | | |
| South Korea | | | | | | | | |
| Grand total | | | | | | | | |

# Master Roster Dashboard

- Current Employment Status
- Work Location
- Job Category
- Job Profile
- Current Org
- Work Country
- WD Term Date
- Team (Original Org)
- WFH Manager Approval

Active
[redacted]

## WFH Manager Approval by Team (Original Org) Summary

[E] WFH Manager Approval / Record Count

| Team (Original Org) | Did Not Apply for WFH | Yes | Not Applicable | No | Pending | Grand total |
|---|---|---|---|---|---|---|
| Redbird | [redacted] | | | | | |
| People | | | | | | |
| Partnerships | | | | | | |
| Marketing (excl. Market Insights) | | | | | | |
| Market Insights | | | | | | |
| Finance | | | | | | |
| Customers | | | | | | |
| **Grand total** | | | | | | |

## WFH Type by Team (Original Org) Summary

Master WFH Type / Record Count

| Team (Original Org) | Did Not Apply for WFH | Full Remote | Hybrid | Temp Remote | Grand total |
|---|---|---|---|---|---|
| Redbird | [redacted] | | | | |
| People | | | | | |
| Partnerships | | | | | |
| Marketing (excl. Ma... | | | | | |
| Market Insights | | | | | |
| Finance | | | | | |
| Customers | | | | | |
| **Grand total** | | | | | |

## WFH Type by Team (Original Org) Summary Percentage

Master WFH Type / Record Count

| Team (Original Org) | Did Not Apply for WFH | Full Remote | Hybrid | Temp Remote | Grand total |
|---|---|---|---|---|---|
| Redbird | [redacted] | | | | |
| People | | | | | |
| Partnerships | | | | | |
| Marketing (excl. Market Insights) | | | | | |
| Market Insights | | | | | |
| Finance | | | | | |
| Customers | | | | | |
| **Grand total** | | | | | |

This dashboard has been archived as source file is no longer being updated.
Please navigate to go/cheetahdb to access new dashboard.

CONFIDENTIAL
X_ARBS_000055918