# EXHIBIT 12

| | |
|---|---|
| From: | Dhruv Batura <dbatura@twitter.com> |
| To: | Elon Musk |
| CC: | Jared Birchall; Steve Davis |
| Sent: | 5/15/2023 3:42:41 PM |
| Subject: | Re: Finance Update - 5/13 |

Understood on all counts.

On Mon, May 15, 2023 at 8:34 AM Elon Musk <ermt@twitter.com> wrote:
Please inform the agencies and resellers that I will be calling their CEOs immediately if they do not pay their bills. When something like this happens, I expect you personally first to call those who owe us money, not your "team".

Let's make sure that we are paying what we owe them, if anything. They may be refusing to pay us, because we are late paying them. That's happened several times.

The GPU purchases are necessary, but should be funded via a ▮▮▮▮ investment in xAI and then xAI will be responsible for paying for them. Note, Twitter will benefit greatly from the work that xAI will be doing as we need to apply ML to the Twitter recommendation algorithm and search.

The headcount reduction you describe below is absurdly small. We are overstaffed by at least 500 people. At the same time, we do need to hire people who are exceptionally capable and hard-working.

On May 14, 2023, at 12:58 AM, Dhruv Batura <dbatura@twitter.com> wrote:


Elon - issues from my observations over the last few weeks:
- ▮▮▮▮ in *past due* receivables, of which ▮▮▮▮ is Agencies (60 day payment terms) and ▮▮▮▮ is Resellers (90-120 day payment terms)
    - I've asked our agency team to engage Agency execs directly to speed up collections and will check in weekly. Will let you know if we need any help.
    - Agencies typically extend advertisers 60+ day payment terms, so changing terms may not be helpful but there may be opportunity on faster invoicing
- Unlikely to get *low-cost* financing for ▮▮▮▮ GPU cluster buildout in current credit environment, so cash outflow will be ▮▮▮▮ in Jun/Jul, and remaining in Sep-Jan'24 (pending NVIDIA's delivery schedule)
    - Procurement team is working on cost reductions and payment term flexibility but GPU supply constraints and NVIDIA's payment terms to Supermicro suggests low probability of success
    - Will monitor impact to cash balance for rest of year closely

Other items:
- Pulled up invoicing on API partnerships from month-end to month-beginning (aligned with subscriptions, improves cash in due date by 25+ days)
- Performance managed all but one member of cost finance / FP&A team - looking for great people to backfill
- Ongoing cost reductions: run-rate non-labor cash spend at ▮▮▮▮ over the next 12mo
- Active headcount: ~1500 as of this week, with 31 planned terminations through June

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    X_ARBS_000034073