LICHTEN & LISS-RIORDAN, P.C.
Shannon Liss-Riordan, Bar No. 310719
sliss@llrlaw.com
Bradley Manewith (*pro hac vice*)
bmanewith@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: +1.617.994.5800
Fax: +1.617.994.5801

Attorneys for Plaintiff
MARK SCHOBINGER, on behalf of himself and all others similarly situated

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Chery, Bar No. 312731
ashlee.cherry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
X CORP. as Successor in Interest to TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-03007-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY CUT-OFF AND DISPOSITIVE MOTION SCHEDULE** |

1  Plaintiff Mark Schobinger and Defendant X Corp., on its own behalf and as successor in
2  interest to Defendant Twitter, Inc. ("Defendant") (collectively, the "Parties"), by and through
3  their undersigned counsel, hereby stipulate as follows:
4  WHEREAS, on October 25, 2024, the Court set the close of discovery in this case for
5  December 19, 2024 and also set the hearing date on Defendant's motion for summary judgment
6  for April 17, 2025 (ECF No. 107);
7  WHEREAS, on November 18, 2024, Plaintiff noticed the deposition of Lindsay Chapman,
8  who Defendant had identified in its Rule 26(a) disclosures as a person likely to have discoverable
9  information, for December 17, 2024;
10 WHEREAS, on November 18, 2024, Plaintiff also re-noticed a Rule 30(b)(6) deposition
11 (that had been noticed earlier in this litigation) of a corporate designee on several designated
12 topics for December 18, 2024, and Defendant indicated that its designee for this deposition would
13 be Lindsay Chapman;
14 WHEREAS, Defendant has informed Plaintiff's counsel that Ms. Chapman is unavailable
15 for deposition due to personal medical issues and expected based upon her course of treatment
16 that she would not be available for deposition until February 2025;
17 WHEREAS, Plaintiff alleges that he needs Ms. Chapman's deposition, as well as the Rule
18 30(b)(6) deposition, in order to prosecute his claims in this case;
19 WHEREAS, the Parties have met and conferred and agreed to continue the close of
20 discovery until after Ms. Chapman may be deposed; and
21 WHEREAS, the Parties have agreed to continue the hearing date on Defendant's motion
22 for summary judgment until approximately sixty (60) days after the period in which Ms.
23 Chapman's deposition is reasonably anticipated to occur.
24 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the
25 Parties, by and through their counsel of record, that:
26 (1) the discovery cut-off in this case be extended until March 14, 2025;
27 (2) motions for summary judgment be due by April 3, 2025;
28

(3) oppositions to summary judgment be due by April 24, 2025;

(4) replies in support of summary judgment be due by May 8, 2025;

(5) a hearing on summary judgment be set for June 12, 2025, or a date thereafter convenient for the Court.

IT IS SO STIPULATED.

Dated: December 10, 2024                              LICHTEN & LISS-RIORDAN, P.C.

                                                     By   /s/ Shannon Liss-Riordan
                                                         Shannon Liss-Riordan
                                                         Bradley Manewith
                                                         Attorneys for Plaintiff
                                                         MARK SCHOBINGER, on behalf of
                                                         HIMSELF AND ALL OTHERS
                                                         SIMILARLY SITUATED

Dated: December 10, 2024                              MORGAN, LEWIS & BOCKIUS LLP

                                                     By   /s/ Eric Meckley
                                                         Eric Meckley
                                                         Brian D. Berry
                                                         Ashlee Cherry
                                                         Kassia Stephenson
                                                         Attorneys for Defendant
                                                         X CORP., as Successor in Interest to
                                                         TWITTER, INC.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: December 10, 2024

LICHTEN & LISS-RIORDAN, P.C.

By  /s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan
Bradley Manewith
Attorneys for Plaintiff
MARK SCHOBINGER, on behalf of
HIMSELF and all others similarly situated

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  December 11, 2024

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE