MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
600 Anton Blvd., Ste. 1800
Costa Mesa, CA 92626-7653
Tel:    +1.714.830.0435
Fax:    +1.714.830.0700

Attorneys for Defendant
X CORP. as Successor in Interest to
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-03007-VC<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION TO CHANGE HEARING DATE**<br><br>**[CIV. L.R. 6-3]** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT'S ADMINISTRATIVE
MOTION TO CHANGE HEARING DATE
CASE NO. 3:23-cv-03007-VC

Pursuant to Civil Local Rule 6-3, Defendant X Corp., on its own behalf and as successor-in-interest to Twitter, Inc. ("Defendant" or "X Corp."), submits this Motion to Change Hearing Date and requests that the Court re-set the currently scheduled March 6, 2025 hearing on Plaintiff's Motion to Dismiss with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2) (ECF No. 115) (the "Dismissal Request") and continue such hearing to March 27, 2025, so that the Dismissal Request may be heard simultaneously with Defendant's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, and Inherent Power of the Court (ECF No. 119) (the "Sanctions Motion"), which is scheduled to be heard on March 27, 2025.

## I.    RELEVANT FACTUAL BACKGROUND

On January 23, 2025, Defendant sent Plaintiff Mark Schobinger ("Plaintiff"), via his counsel, a letter that provided formal notice of Defendant's intention to file its Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11, as well as pursuant to 28 U.S.C. Section 1927 and the Court's Inherent Power.  ECF No. 119-2.[1]  On January 28, 2025, five days after Defendant served this letter, Plaintiff filed his Dismissal Request.  ECF No. 115.

On February 14, 2025, Defendant filed both (1) its Sanctions Motion, and (2) its Response to Plaintiff's Dismissal Request.[2]  ECF Nos. 119, 120.  Plaintiff's Dismissal Request is currently set for hearing on March 6, 2025, and Defendant's Sanctions Motion is currently set for hearing on March 27, 2025.  *See* ECF Nos. 115, 119.  Defendant requested in its Response to Plaintiff's Dismissal Request that the Court re-set the March 6 hearing on the Dismissal Request to March 27, so that the hearing could coincide and be held simultaneously with the March 27 hearing on Defendant's Sanctions Motion.  *See* ECF No. 120, at 3, fn. 1.

/ / /

---

[1] Pursuant to Rule 11(c)(2) and the 21-day "safe harbor" period required under that provision, Defendant served a copy of the Sanctions Motion with that letter.  *Id.*  In this letter, Defendant explained that it intended to file these documents with the Court after the expiration of the 21-day "safe-harbor" period.  *Id.*  Defendant further emphasized that while Rule 11(c)(2)'s "safe harbor" period provision applied to sanctions being sought pursuant to Rule 11, that same provision did not apply to Defendant's separate and independent requests for sanctions pursuant to 28 U.S.C. Section 1927 and the Court's Inherent Power.  *Id.*

[2] The Court granted the Parties' stipulation to extend Defendant's deadline to respond to Plaintiff's Dismissal Request from February 11, 2025, to February 14, 2025.  ECF No. 118.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFENDANT'S ADMINISTRATIVE
MOTION TO CHANGE HEARING DATE
CASE NO. 3:23-cv-03007-VC

On February 20, 2025, Defendant's counsel contacted Plaintiff's counsel to request that Plaintiff stipulate to continue the March 6 hearing on the Dismissal Request to March 27. Declaration of Eric Meckley ("Meckley Decl."), ¶ 4.  Plaintiff's counsel opposed this request, prompting the current administrative motion to change the hearing date.  *Id.*

## II.   ARGUMENT

Pursuant to Northern District of California, Civil Local Rule 6-3, a party may file an administrative motion to change the time of an event or deadline.  Civ. L.R. 6-3.

Defendant requests that the March 6 hearing on the Dismissal Request be continued by a brief three weeks, so that motion can be heard at the same time as Defendant's Sanctions Motion, which is currently set for hearing on March 27.  This brief continuance preserves judicial resources and is the most efficient method for addressing these two motions, which contain overlapping issues and substance.  As explained in Defendant's pending Sanctions Motion and Response to Plaintiff's Dismissal Request, Defendant is seeking dismissal with prejudice and monetary sanctions through its Sanctions Motion.  In ruling on Plaintiff's Dismissal Request, the Court will consider what "terms that the court considers proper" as part of any dismissal order.  Defendant's Sanctions Motion provides relevant context for this determination.  Continuing the March 6 hearing to March 27 would have no impact on the schedule of the case, as there is already a hearing set for March 27.  The requested brief continuance would in no way prejudice the Plaintiff.

Apart from the Parties' stipulation to extend Defendant's deadline to respond to Plaintiff's Dismissal Request from February 11, 2025, to February 14, 2025, there have been no other modifications to the schedule for this pending motion.  *See* Meckley Decl., ¶ 7.

## III.   CONCLUSION

For these reasons, the Court should grant Defendant's Administrative Motion to Change Hearing Date, and continue the March 6, 2025, hearing on Plaintiff's pending Dismissal Request to March 27, 2025, so that Plaintiff's Dismissal Request will be heard at the same as Defendant's pending Sanctions Motion.

/ / /

/ / /

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

2

DEFENDANT'S ADMINISTRATIVE
MOTION TO CHANGE HEARING DATE
CASE NO. 3:23-cv-03007-VC

1    Dated: February 21, 2025        MORGAN, LEWIS & BOCKIUS LLP

2

3                         By   */s/ Eric Meckley*
                               Eric Meckley

4                               Ashlee N. Cherry
                               Kassia Stephenson

5                               Attorneys for Defendant
                               X CORP. as Successor in Interest TWITTER, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT'S ADMINISTRATIVE
MOTION TO CHANGE HEARING DATE
CASE NO. 3:23-cv-03007-VC