Shannon Liss-Riordan (SBN 310719)
*sliss@llrlaw.com*
Bradley Manewith (*pro hac vice*)
*bmanewith@llrlaw.com*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

*Attorneys for Plaintiff Mark Schobinger*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK SCHOBINGER,<br><br>     Plaintiff,<br><br>     v.<br><br>TWITTER, INC. and X CORP.,<br><br>     Defendants. | Case No. 3:23-cv-03007-VC<br><br>**DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE HEARING DATE** |

1   I, SHANNON LISS-RIORDAN, declare, and affirm the following to be true under penalty of perjury.

2.  1. I am the attorney for Plaintiff Mark Schobinger and submit this declaration in support of Plaintiff's opposition to Defendants' Administrative Motion to Change Hearing Date.

3.  2. On January 23, 2025, I received from counsel for Defendants Twitter, Inc. and X Corp. ("Twitter") notice that Twitter intended to file a motion seeking sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1927, and the Court's Inherent Power.

4.  3. Five days later, on January 28, 2025, I, on behalf of Plaintiff, filed a Motion to Dismiss with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2).

5.  4. On February 14, 2025, Twitter filed concurrently an opposition to Plaintiff's Motion to Dismiss and a Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, and Inherent Power of the Court.

6.  5. Plaintiff's deadline to submit a reply brief in support of his Motion to Dismiss is February 25, 2025, and a hearing on the Motion to Dismiss is set for March 6, 2025.

7.  6. Plaintiff's deadline to submit a brief opposing Twitter's Motion for Sanctions is February 28, 2025, and a hearing on the Motion for Sanctions is set for March 27, 2025.

8.  7. On February 20, 2025, Twitter's counsel asked if Plaintiff's counsel was amenable to continuing the hearing on the Motion to Dismiss to March 27, 2025. For the reasons presented in Plaintiff's brief opposing Twitter's Administrative Motion to Change Hearing Date, I declined to stipulate to a continuance. Plaintiff's Motion to Dismiss and Twitter's Motion for Sanctions present distinct issues, and Plaintiff would prefer to have the benefit of a separate hearing on his motion. Furthermore, Plaintiff contends that the outcome of Plaintiff's Motion to Dismiss may impact the arguments presented at the hearing for Twitter's Motion for Sanctions and the Court's ultimate disposition of Twitter's Motion for Sanctions.

1  Signed on February 24, 2025, in Boston, Massachusetts.

        /s/ Shannon Liss-Riordan
        Shannon Liss-Riordan

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendants Twitter, Inc. and X Corp. via the CM/ECF system on February 24, 2025.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

- 3 -
DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE HEARING DATE
Case No. 3:23-cv-03007-VC