MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:  +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:   +1.650.843.4000
Fax:  +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
600 Anton Blvd., Ste. 1800
Costa Mesa, CA 92626-7653
Tel:   +1.714.830.0435
Fax:  +1.714.830.0700

Attorneys for Defendant
X CORP. as Successor in Interest to
TWITTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK SCHOBINGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-03007-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CHANGE HEARING DATE**<br><br>**[CIV. L.R. 6-3]** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
DEFENDANT'S ADMIN MOTION
Case No. 3:23-CV-03007-VC

**[PROPOSED] ORDER**

This Court, having considered the briefing and arguments submitted by the parties, and good cause appearing therefore, hereby **GRANTS** Defendant's Administrative Motion to Change Time of Hearing, pursuant to Civil Local Rule 6-3.

**THEREFORE, IT IS ORDERED** as follows:

1. The March 6, 2025, hearing on Plaintiff's Motion to Dismiss with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2) shall be continued to March 27, 2025.

2. The Court will hear oral argument on both (1) Plaintiff's pending Motion to Dismiss with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (2) Defendant's pending Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, and Inherent Power of the Court, on March 27, 2025, at 10:00 AM.

**IT IS SO ORDERED**.

Dated:   February 25, 2025

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING
DEFENDANT'S ADMIN MOTION
Case No. 3:23-CV-03007-VC