LICHTEN & LISS-RIORDAN, P.C.
Shannon Liss-Riordan, Bar No. 310719
sliss@llrlaw.com
Bradley Manewith (*pro hac vice*)
bmanewith@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: +1.617.994.5800
Fax: +1.617.994.5801

Attorneys for Plaintiff
MARK SCHOBINGER

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Chery, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001

Attorneys for Defendant X CORP., successor in interest to TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHOBINGER,<br><br>   Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>   Defendants. | Case No. 3:23-cv-03007-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CHANGE HEARING DATE**<br><br>**CIV. L.R. 6.2** |

Pursuant to Local Rule 6-2, Plaintiff Mark Schobinger ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiff and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the hearing on Plaintiff's Motion to Dismiss and Defendant's Motion for Sanctions is currently scheduled for March 27, 2025. *See* ECF No. 124.

WHEREAS, Plaintiff's counsel has a conflict with that date, as it is the only available date for a deposition she needs to take for an upcoming federal trial that is scheduled for April 2025.

WHEREAS, in light of this conflict, counsel have conferred, and both parties are available for the hearing date on May 1, 2025.

WHEREAS, the Parties' respective individual attorneys who will argue the foregoing motions, both of whom are located outside California, have conferred and agreed to conduct the oral argument via Zoom, at 2:00 p.m. in accordance with the Court's hearing calendar, provided the Court agrees to a remote hearing.

WHEREAS, the Parties have previously stipulated to extend Defendant's deadline to respond to Plaintiff's Motion to Dismiss from February 11, 2025, to February 14, 2025, and the Court has previously granted Defendant's motion to change the hearing date on the Motion to Dismiss from March 6, 2025, to March 27, 2025.

WHEREAS, the requested modification will not have a significant impact on the schedule for the case (as both parties have requested dismissal of the case).

NOW, THEREFORE, the Parties hereby stipulate as follows, subject to the Court's consideration and approval:

1. The hearing on Plaintiff's Motion to Dismiss and Defendant's Motion for Sanctions shall proceed remotely via Zoom on May 1, 2025, at 2:00 p.m.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | MARK SCHOBINGER |
|  | By his attorneys, |
|  | /s/ Shannon Liss-Riordan<br>Shannon Liss-Riordan, SBN 310719<br>Bradley Manewith (*pro hac vice*)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>(617) 994-5800<br>Email: sliss@llrlaw.com; bmanewith@llrlaw.com |
| Dated: March 18, 2025 |  |
|  | X CORP. as successor in interest to TWITTER, INC. |
|  | By its attorneys, |
|  | /s/ Eric Meckley<br>Eric Meckley, SBN 168181<br>MORGAN, LEWIS, & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000<br>Email: eric.meckley@morganlewis.com |
| Dated: March 18, 2025 |  |

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

Dated: March 18, 2025

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that the hearing on Plaintiff's Motion to Dismiss and Defendants' Motion for Sanctions shall proceed in person on May 1, 2025, at 10:00 a.m.

Dated: March 18, 2025

IT IS SO ORDERED
AS MODIFIED
Judge Vince Chhabria

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE