LICHTEN & LISS-RIORDAN, P.C.
Shannon Liss-Riordan, Bar No. 310719
sliss@llrlaw.com
Bradley Manewith (*pro hac vice*)
bmanewith@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: +1.617.994.5800
Fax: +1.617.994.5801

Attorneys for Plaintiff
MARK SCHOBINGER

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Chery, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001

Attorneys for Defendant X CORP., successor in interest to TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHOBINGER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TWITTER, INC. and X CORP.,<br><br>　　　　　Defendants. | Case No. 3:23-cv-03007-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CHANGE HEARING DATE**<br><br>**CIV. L.R. 6.2** |

Pursuant to Local Rule 6-2, Plaintiff Mark Schobinger ("Plaintiff") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiff and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the parties previously stipulated to reschedule the hearing on Plaintiff's Motion to Dismiss and Defendant's Motion for Sanctions to May 1, 2025 (for a remote hearing). *See* ECF No. 133.

WHEREAS, the Court granted the stipulation but indicated that the hearing would be held in person. *See* ECF No. 134.

WHEREAS, Plaintiff's counsel (who is based in Boston) cannot be in San Francisco on that date, but she can be in San Francisco the following week, on May 8, 2025.

WHEREAS, counsel have conferred, and both parties are available for the hearing to be held in person on May 8, 2025.

WHEREAS, counsel for both parties will be in other hearings on May 8, 2025, in the morning.

WHEREAS, counsel have agreed to request that the hearing be scheduled, if possible for the Court, on May 8, 2025, in the afternoon.

NOW, THEREFORE, the Parties hereby stipulate as follows, subject to the Court's consideration and approval:

1. The hearing on Plaintiff's Motion to Dismiss and Defendant's Motion for Sanctions shall proceed in person on May 8, 2025, at 2:00 p.m.

**IT IS SO STIPULATED.**

                          MARK SCHOBINGER

                          By his attorneys,

                          /s/ Shannon Liss-Riordan
                          Shannon Liss-Riordan, SBN 310719
                          Bradley Manewith (*pro hac vice*)
                          LICHTEN & LISS-RIORDAN, P.C.
                          729 Boylston Street, Suite 2000
                          Boston, MA 02116
                          (617) 994-5800
                          Email: sliss@llrlaw.com; bmanewith@llrlaw.com

Dated: April 14, 2025


                          X CORP. as successor in interest to
                          TWITTER, INC.

                          By its attorneys,

                          /s/ Eric Meckley
                          Eric Meckley, SBN 168181
                          MORGAN, LEWIS, & BOCKIUS LLP
                          One Market, Spear Street Tower
                          San Francisco, CA 94105
                          (415) 442-1000
                          Email: eric.meckley@morganlewis.com

Dated: April 14, 2025

**[~~PROPOSED~~] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that the hearing on Plaintiff's Motion to Dismiss and Defendants' Motion for Sanctions shall proceed in person on May 8, 2025, at 2:00 p.m.

Dated:  April 15, 2025

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE